# EXHIBIT C

# Norton™ Family

Product Manual



# Norton Family Product Manual

The software described in this book is furnished under a license agreement and may be used only in accordance with the terms of the agreement.

Copyright © 2016 Symantec Corporation. All rights reserved.

The product described in this document is distributed under licenses restricting its use, copying, distribution, and decompilation/reverse engineering. No part of this document may be reproduced in any form by any means without prior written authorization of Symantec Corporation and its licensors, if any.

THE DOCUMENTATION IS PROVIDED "AS IS" AND ALL EXPRESS OR IMPLIED CONDITIONS, REPRESENTATIONS AND WARRANTIES, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT, ARE DISCLAIMED, EXCEPT TO THE EXTENT THAT SUCH DISCLAIMERS ARE HELD TO BE LEGALLY INVALID. SYMANTEC CORPORATION SHALL NOT BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES IN CONNECTION WITH THE FURNISHING, PERFORMANCE, OR USE OF THIS DOCUMENTATION. THE INFORMATION CONTAINED IN THIS DOCUMENTATION IS SUBJECT TO CHANGE WITHOUT NOTICE.

The Licensed Software and Documentation are deemed to be commercial computer software as defined in FAR 12.212 and subject to restricted rights as defined in FAR Section 52.227-19 "Commercial Computer Software - Restricted Rights" and DFARS 227.7202, et seq. "Commercial Computer Software and Commercial Computer Software Documentation", as applicable, and any successor regulations. Any use, modification, reproduction release, performance, display or disclosure of the Licensed Software and Documentation by the U.S. Government shall be solely in accordance with the terms of this Agreement.

Symantec Corporation
350 Ellis Street,
Mountain View, CA 94043

http://www.symantec.com

# Contents

Chapter 1    Getting started ....................................... 8
             Getting started ....................................... 8
             About Norton Family ................................. 10
             System requirements ................................ 11
             Installing Norton Family ............................ 13
             Registering for Norton Family ...................... 16
             Accessing Norton Family ............................ 18
             Configuring your account ........................... 19
             Accessing your Norton account .................... 21
             Turning off or turning on Norton Family
                  supervision .................................... 23
             Help for children .................................... 25

Chapter 2    Managing user accounts ....................... 27
             Creating user accounts ............................. 27
             Assigning or reassigning a device for your
                  child ........................................... 29
             Changing Administrator user accounts to
                  Standard user accounts on
                  Windows ...................................... 32

Chapter 3    Managing your child's profile ................. 34
             Editing the child's profile ........................... 34
             Removing a child from Norton Family ............ 35
             Protecting the personal information of your
                  child ........................................... 35
             Blocking your children from sharing their
                  personal information ......................... 37

**Chapter 4**    Managing House Rules ........................... 39

Defining the house rules ........................... 40

Viewing or refreshing house rules ................. 41

Defining your child's Web world .................... 42

Binding and unbinding a device from Norton
    Family ............................................. 43

About Website categories ........................... 44

Supervising the Internet activities of your
    child ............................................... 55

Turning on or turning off Web
    supervision ...................................... 56

Blocking access to multiple categories of
    websites using Norton Family
    website ........................................... 57

Blocking or allowing access to specific
    websites using Norton Family
    website ........................................... 58

Blocking or allowing a website or website
    category using Android device ............... 59

Blocking a website that your child has
    visited ............................................. 61

Disputing website categorization .................. 62

About blocking embedded content ................. 63

About defining search rules for your
    child ............................................... 64

Turning on or turning off Search
    supervision ...................................... 66

Turning on or turning off Safe Search ............. 67

About monitoring social networking
    activities ......................................... 68

Turning on or turning off social network
    supervision ...................................... 69

Viewing the social networking conversations
    of your child ..................................... 70

About setting up time restrictions for using
    the device ....................................... 71

Allowing or blocking your child's device
    usage on weekdays or
    weekends ....................................... 73

Specifying the allowed contacts .................... 75

Updating the house rules on your child's
computer ........................................... 76

Chapter 5    Monitoring the Internet activity .............. 77

Viewing the Norton Family alerts ................... 77

Viewing the recent alerts from the Norton
Internet Security or Norton 360 Control
Center ............................................. 79

Viewing all the web activities of your
child ............................................. 80

Viewing a summary of all the Internet
activities ......................................... 82

Viewing the websites that your child has
visited ............................................ 85

Viewing the messaging activities .................. 88

Viewing the Internet search terms ................. 91

Viewing the amount of time your child
spends on the device ......................... 94

Viewing the remaining time to use the
device ............................................. 97

Viewing the social networking
activities ......................................... 99

Chapter 6    Managing Norton Family
notifications .................................. 103

Setting up Norton Family notifications ........... 103

Chapter 7    Finding additional solutions .................. 107

About installing Norton Family client with
other parental-control software ............. 107

Disabling the auto-renewal option .............. 108

Sharing Norton Family with a friend ............. 109

Inviting another parent to help manage your
child's Internet activities ...................... 109

Installing Norton Family client on another
device ............................................. 111

Uninstalling Norton Family from your
device ............................................. 112

Changing the default search provider ........... 113

Managing your Norton Family settings on
    Android ......................................... 114

Setting restrictions on iOS ......................... 115

Ensuring Norton Family supervision on your
    child's iOS device ............................. 127

Chapter 8    Norton Family Premier ......................... 129

Norton Family Premier features .................. 130

About activity report ............................... 132

Renewing your Norton Family Premier
    subscription ................................... 135

About video supervision ........................... 136

Turning on or turning off video
    supervision ................................... 136

Viewing the video activities of your
    child ............................................. 138

Setting up activity report notification ............. 140

Upgrading or activating your Norton Family
    Premier account ............................... 141

Viewing your subscription details ................ 142

Unsubscribing from your Norton Family
    Premier service ............................... 143

About getting a refund for the Premier
    subscription ................................... 144

Viewing the auto-renewal status of your
    Premier subscription ......................... 144

About monitoring mobile devices ................ 145

Defining messaging rules ......................... 146

Turning on or turning off messaging
    supervision ................................... 147

Blocking or allowing message exchange
    with new mobile friends ...................... 148

Monitoring all messaging with new mobile
    friends .......................................... 150

Blocking messaging with an existing mobile
    friend ............................................ 151

Allowing Unmonitored messaging with a
    mobile friend ................................... 152

Monitoring messaging with a mobile
    friend ............................................. 153
About Location Supervision ...................... 154
Turning on or turning off Location
    Supervision ................................... 155
Viewing the location of your kid ................. 156
About monitoring applications .................. 157
Blocking or Allowing Apps ....................... 158
Turning on or turning off App
    supervision ................................... 159

# Getting started

1

This chapter includes the following topics:

- Getting started
- About Norton Family
- System requirements
- Installing Norton Family
- Registering for Norton Family
- Accessing Norton Family
- Configuring your account
- Accessing your Norton account
- Turning off or turning on Norton Family supervision
- Help for children

## Getting started

If you're not sure how to protect your children while they're online, help is here! We'll get you up and running in no time, and provide everything you need to protect your family from Internet dangers and inappropriate content. We'll even help you keep your children from passing along confidential information online.

We're here to protect your family, so let's get started.

⊞ **Register for Norton Family**

To do this, you need a Norton account, which will take about two minutes to create. If you've ever used any of our Norton products, it's possible that you already have a Norton account. If you don't have a Norton account, don't worry; Norton Family can automatically set one up for you.

See "Registering for Norton Family" on page 16.

⊞ **Access Norton Family**

You can view and monitor real-time reports on the Internet activities of each of your children by using Norton Family. You can access Norton Family using your computer, Android, iPhone, or iPad. Click the following link for easy instructions.

See "Accessing Norton Family" on page 18.

⊞ **Make sure that each child uses a different user account to log on to the computer**

Norton Family identifies the person using the computer based on the account that is used to log on. If you have not created a user account for each family member, click the following link for easy instructions.

See "Creating user accounts" on page 27.

⊞ **Download and install Norton Family client on every device that your child uses**

Sign in to Norton Family website using your user name and password, and download Norton Family. You must install Norton Family on each device that your child uses. Norton Family does not monitor your child activities on iOS.

See "Installing Norton Family" on page 13.

⊞ **Discuss Norton Family with your family**

Communication is the key to family safety. Therefore, you can initiate a discussion with your child explaining the importance of responsible use of the Internet.

## About Norton Family

Norton Family allows your children to explore the web freely, while letting you know when and where they spend time online. You use simple settings to define house rules that protect all of your child's devices, allow you to monitor their activities, and protect their private information. Norton Family gives you real-time alerts when your children try to do something that is not allowed by the house rules.

You can use Norton Family on your Windows, Android, and iOS devices. However, the features that are supported differ based on your operating system. Norton Family parental control for iOS is only a child-monitoring app. To view or update any of your family settings, you can use either Norton Family website or Norton Family parental control app for Android.

 Norton Family parental control for iOS is currently available only in the US, UK, and Japan.

Norton Family Premier offers the following features to keep your children safe online:

- **Personal information protection**: Helps your children avoid giving out sensitive personal information from their device, including phone number, address, school they attend, or email address.

- **Web supervision**: Lets your children explore the web freely, while keeping you in the know about which sites they visit and giving you tools to help them avoid unsuitable content.

- **Location supervision**: Lets you track your child's location and know they are safe when they are carrying their device.

- **Search supervision**: Shows you the words, terms, and phrases your children search for on their device, giving you insights into their interests and helping you keep them safe from inappropriate content.

- **Social Network supervision**[*]: Monitors your child's social media use, including how frequently they log in to Facebook from their device, and the name and age they use on their profile.
- **Time supervision**[*]: Shows you how much time your children spend online, helping you teach healthy habits. You can easily set time limits or schedule specific times when they can use their device.
- **Video supervision**: Lists the YouTube and Hulu videos your children watch on their device, even letting you view a snippet of each video, so you know when you need to talk.
- **App supervision**[*]: Shows you which apps your children have downloaded on their Android devices, and lets you choose which apps they can use, including YouTube and Facebook.
- **Messaging supervision**[*]: Lets you keep an eye on text messages, including what's said and who they can text.

[*]Not available on Norton Family parental control for iOS.

# System requirements

Norton Family is available for Windows, Android, and iOS. You must have an Internet connection to install and use Norton Family. When you are connected to Internet, Norton Family automatically checks for any new updates and downloads them.

 Norton Family for iOS currently supports web, search, video, and location supervision.

The following are the recommended system requirements to install and use Norton Family:

**Table 1-1**

| | For Windows | For Android | For iOS |
|---|---|---|---|
| Operating Systems | ▦ Microsoft Windows 10<br>▦ Microsoft Windows 8 or higher (32-bit and 64-bit)[1]<br>▦ Microsoft Windows 7 (32-bit and 64-bit) Starter, Home Basic, Home Premium, Professional, or Ultimate<br>▦ Microsoft Windows Vista (32-bit and 64-bit, Service Pack 1 or later) Home Basic, Home Premium, Ultimate, or Business<br><br>Norton Family does not support Microsoft Windows XP 64-bit version. | ▦ Android v2.3 or higher | ▦ iOS 8 or higher for Norton Family app for iOS[4] |
| Hardware Requirements | ▦ 300 MHz or higher processor<br>▦ 512 MB of RAM (256 MB minimum)<br>▦ 100 MB of available hard disk space | ▦ 550 MHz processor<br>▦ 256 MB of RAM<br>▦ 3 MB of available disk space | |

| | For Windows | For Android | For iOS |
|---|---|---|---|
| Browser Support | ⊞ Microsoft Internet Explorer 8.0 or later [1] (32-bit only)<br>⊞ Mozilla Firefox (32-bit only)[2,3]<br>⊞ Google Chrome[2,3] | ⊞ Android Browser<br>⊞ Chrome for Android version 18.0.1025123 and higher<br>⊞ Kindle Silk browser on Kindle Fire tablets | |

[1] Does not support Metro browser.

[2] As made available by Symantec within your service period.

[3] Supports current, the most recent, and the previous 32-bit major release.

[4] Norton Family parental control for iOS is currently available only in the US, UK, and Japan.

# Installing Norton Family

Install Norton Family on each computer and mobile device that your children use. If you have a family computer that your children use and a personal computer that you use, only install Norton Family on the computer that your children use. To know more about the supported devices, refer See "System requirements" on page 11.

If you share a computer with your children, Norton Family works best when each family member logs in with an individual user account. For more information about creating user accounts, refer See "Creating user accounts" on page 27. Using Norton Family, you can monitor the Internet activities of up to 15 children, set time limits, track location, and more.

After installation on your Windows computer, you can view the Norton Family client icon in the notification area, which is at the far right of the taskbar.

 Norton Family for iOS currently supports web, search, video, and location supervision.

After you install Norton Family on your children's devices, they can do the following:

- Use their device as they normally do
- View their house rules
- Refresh their house rules from Norton Family

## To install Norton Family on Windows

1 Open your browser and go to https://family.norton.com.

2 Sign in with your Norton account credentials.

3 Do one of the following:
- At the bottom of the window, click **Download Norton Family**.
- Click **Configure Family**, under **Devices** section, click **Add device**.

4 To install Norton Family client on this device, click **Download**. You can also install it on another device.

5 Depending on your browser, click **Run** or open the downloaded Installer.

6 In the Norton Download Manager, click **Finish**.

7 In the **Parent Sign In** field, type your Norton account credentials. If you do not have a Norton account, you can create one. For help, refer See "Registering for Norton Family" on page 16.

8 In the **Add Computer** field, type a name for this computer.

9 Click **OK**.

10 To assign a user account for your child, in the **How does your family log on?** window, click the **Change** button next to the child.

To assign an existing Windows user account, click **Uses these logins**, and then check a Windows user account that you want to assign for this child. If your child uses multiple user accounts on a computer, you need to check all the user accounts that your child uses.

11 Click **OK**.

12 Repeat steps 10 and 11 to assign a Windows user account for each of your child.

13 In the **How does your family log on?** window, click **Finish**.

## To install Norton Family on Android

1 On the Android device, go to Google Play Store.

2 In the Apps section, search for Norton Family.

3 Tap the Norton Family icon to launch the app.

4 Read the User License Agreement and then tap **Accept**.

5 Read through the tutorial and then click **Get Started**.

6 Tap **Sign In** or **Sign Up** to log into Norton Family using your Norton credentials. If you do not have a Norton account, you can create one. For help, refer See "Registering for Norton Family" on page 16.

7 Tap **Child** to get into child mode and then tap **Continue**. Child mode allows you to add child and assign house rules to this device.

8 Tap **Add a child**, and in the PROFILE window, enter the details of your child. Choose an avatar for your child profile by tapping the avatar image. You can choose an image from your gallery or take instant photo for your child's profile.

9 Tap **Continue**, and then tap **Save**. Norton Family has set default house rules based on your child's year of birth. You can tap **House Rules** to review the rules assigned to your child.

10  If the child that you added uses this device, in the
    **Choose Child** window, tap the child, and then tap
    **Done**.

11  In the alert that appears, tap **Activate** to set Norton
    Family as the device administrator.

12  In the **Setup complete** window, tap **OK**.

## To install Norton Family on iOS

1  On the iOS device, go to App store.

2  Search for Norton Family parental control and then
   tap it.

3  Read the User License Agreement and then tap
   **Accept**.

4  Sign in with your Norton credentials. You cannot sign
   up for a Norton account using Norton Family for iOS.
   For more details, refer See "Registering for Norton
   Family" on page 16.

5  Choose a child to whom you want to assign this
   device.
   If you want to add a new child, tap **Add a new child**,
   enter the details of the child and then tap **Save**.

6  Give a name for this device.

7  Tap **Save** and then proceed with enabling
   restrictions. For more details, refer See "Setting
   restrictions on iOS" on page 115.

# Registering for Norton Family

To use Norton Family, you need to create a Norton
account. You use this account with all Norton products.
You create a password and provide your email address
when you register. Each time you sign in to Norton
Family, you will use this email address and password.

 Be sure to keep all of your passwords safe. Do not share
your password with anyone else, including your children.

If you already have a Norton account, you may be
registered for Norton Family. All you need to do is add

your children and devices to the family. If you do not have one, you can create it from Norton Family website or Norton Family app for Android. Currently, you cannot sign up for a Norton account using Norton Family for iOS.

Using Norton Family, you can monitor and record the Internet activities for up to 15 children for each household. You need to install Norton Family client or app on each device that you want to monitor.

 Norton Family for iOS currently supports web, search, video, and location supervision.

**To register for Norton Family from your computer**

1   Open your browser and go to https://family.norton.com

2   At the top-right of the page, click **Sign In**.

3   In the **Sign In** page, click **Create account**.

4   In the **Create an account** page, in the **Email address** box, type your email address. You need to specify this email address each time you sign in to Norton.

5   In the **Confirm email address** box, type your email address again.

6   In the **Password** box, type a password. Password is case-sensitive and must be between 6 and 50 characters in length.

7   In the **First Name** and **Last Name** text boxes, type your first name and last name.

8   In the **Region** drop-down list, select your country or region.

9   To receive product updates, promotional offers from Symantec, and security newsletters, check **Email me product updates, offers, and security newsletters**.

10  Click **Sign Up**.

**To register for Norton Family from your child's Android device**

1   Tap and open **Norton Family** app.

2  Read the **User License Agreement**, and then tap
   **Accept**.
   Take a tour on how Norton can protect your family.
   At any time, you can tap **SKIP** to stop the tour and
   get started with Norton Family.

3  Tap **Get Started** and do one of the following:

   ▦  Tap **Sign In or Sign Up**.

   ▦  If you have a code, tap **I have a Partner Code**,
      enter the code that you received from your service
      provider, and then click **Next**.

4  In the **Sign In** page, tap **Create account**.

5  In the **Create an account** page, in the **Email
   address** box, type your email address. You need to
   specify this email address each time you sign in to
   Norton.

6  In the **Confirm email address** box, type your email
   address again.

7  In the **Password** box, type a password.
   Password is case-sensitive and must be between 6
   and 50 characters in length.

8  In the **First Name** and **Last Name** text boxes, type
   your first name and last name.

9  In the **Region** drop-down list, select your country or
   region.

10 To receive product updates, promotional offers from
   Symantec, and security newsletters, check **Email
   me product updates, offers, and security
   newsletters**.

11 Click **Sign Up**.

# Accessing Norton Family

You can view and monitor real-time reports on the
Internet activities of each of your children by using
Norton Family. You can access Norton Family using
your computer, Android, iPhone, or iPad.

If you do not have a Norton Family account, See "Registering for Norton Family" on page 16.

**To access Norton Family website**

1  Open your browser and go to
   https://family.norton.com
   You can add this address to your Favorites list.

2  At the top-right of the page, click **Sign In**.

3  Type your Norton credentials that you used while
   registering for Norton Family.

4  Click **Sign In.**

**To access Norton Family app on Android**

1  On the device, tap Norton Family app.

2  If this is your child's device, tap the menu icon on the
   top-left of the window, and then tap **Parent Mode**.

3  Type your Norton credentials that you used while
   registering for Norton Family.

4  Click **Sign In**.

# Configuring your account

After you register for Norton Family, the **Configure
Family** page lets you to set up your account. By default,
you are automatically added to the account as a **Parent**.
However, you can change the display name and the
avatar at any time. You can also invite another parent
to monitor your kid's online activities.

**To change your existing profile using Norton Family
website**

1  Sign in to Norton Family.

2  Click **Configure Family**.

3  In the **Configure Family** page, under **Parents**
   section, click on your profile.

4 In the **Profile Settings** page, choose your profile name and then select an avatar from the **Change avatar** drop-down list. You can also use the **Upload profile picture** link to choose a picture from your device for your avatar.

5 Click **Save**.

**To add children to your account using Norton Family website**

1 Sign in to Norton Family.

2 Click **Configure Family**.

3 In the **Configure Family** page, under **Children** section, click **Add Child**.

4 Type the name of your child, and choose an avatar that identifies this child.

5 Select the gender, and choose the birth year of the child from the drop-down.
Family rules will change depending on the birth year of the child.

6 Select the device to associate the child with it. If you do not see any device, ensure that you have installed Norton Family on all your devices.

**To configure your account using Android**

1 Sign in to Norton Family app in **Parent** mode.

2 In the **Parent Mode** window, tap on your profile icon. You can also tap the menu icon on the top-left of the window and then tap **Settings**.
Make sure that you keep your password safe. You must not share your password with your children. Your children could use the password to disable Norton Family or to log on to Norton Family and change the house rules.

3 In the **SETTINGS** window, under **MY ACCOUNT**, do the following:

- Tap **Change profile picture** to choose a picture for your profile. You can choose a picture from your gallery or capture your photo instantly. To take a photo, tap camera icon next to your profile's image.
- Type a name for your account to identify yourself to others.
- Choose a time zone. The time that is reported for all activities is based on the time zone that you choose here.

# Accessing your Norton account

See the information below to create a Norton account, find out if you already have a Norton account, or to reset your Norton account password:

## Determining if you already have a Norton account

See the information below to help you find if you have a Norton account:

- If you have installed or activated a Norton product, you most likely have a Norton account. As part of the installation or activation process, you need to create one by providing your name, email address, and a password.
- If you purchased a product from the Norton Online Store or renewed a Norton product subscription, you were asked to provide your name, email address and a password, and a Norton account was created for you.
- If you signed up for Norton Family, Norton Online Backup, or Norton Safe Web, you may have a Norton account. But, ensure that this account also has the Norton Family license associated with it.

▦  If you received your Norton product from your service
    provider, log on to your service provider website or
    locate the email that you were sent when you
    subscribed to the Norton service and follow the
    instruction to create a Norton account.

## Resetting your Norton account password

Follow the appropriate instructions to reset your Norton
account password from the Norton Family website or
from your Android or iOS device.

### To reset your Norton account password on the Norton Family website

1  Click **Forgot your password?** link.

2  Type the email address that you used to purchase
   your Norton product or to create your Norton account.

3  Click **Continue**.

4  You will receive an email with reset password link
   from norton@symantec.com. Check your spam or
   junk folders if you do not see the email in your Inbox.
   If clicking the link does not work, copy and paste this
   link directly into a web browser.
   If you cannot locate the email, ensure that you have
   entered a valid email address. If you still have
   problem, then create a new Norton account.

### To reset your Norton Account password on Android

1  Open Norton Family app, and tap **Sign In**. If the
   device is in Child mode, tap the menu icon at the
   top-left of the page and then tap **Parent Mode**.

2  In the **Sign In** window, tap **Forgot your password?**

3  Type your email address to start password recovery
   and then tap **Continue**.

4   Check the email that you receive from Norton and follow the on-screen instructions. If you cannot locate the email, ensure that you have entered a valid email address. If you still have problem, then create a new Norton account.

## To reset your Norton account password on iOSdevice

1   Open Norton Family app, and tap **Sign In**.

2   In the **Sign In** window, tap **Forgot your password?**

3   Type your email address to start password recovery and then tap **Continue**.

4   Check the email that you receive from Norton and follow the on-screen instructions. If you cannot locate the email, ensure that you have entered a valid email address. If you still have problem, then create a Norton account.

**To create a Norton account**

1   Click **Create account**.

2   Enter a valid email address and password for your account. You need to use these credentials to sign in to Norton in future.

3   Choose your region.

4   Read the privacy policy and agree to it, and then click **Sign Up**.

# Turning off or turning on Norton Family supervision

You can turn off Norton Family supervision at the device level or the child level. If you are using your child's device, you can turn off Norton Family that you have installed on the device. This enables you to use the device freely without any house rules. Once you are done, ensure that you have turned on Norton Family. On Android devices, Norton Family is automatically

turned on based on the option you choose for switching modes.

In case you want to temporarily suspend Norton Family supervision for your child, you can do that at the child level by using Norton Family website or Norton Family parental control for Android. So, you don't have to be on the child's device to do this. For example, if you have two children, you can turn on supervision for the first child, and turn it off for the second child. In this case, Norton Family monitors and records the activities of the first child.

**To turn off or turn on Norton Family supervision for a child on the Norton Family website**

1  Sign in to Norton Family.
2  Click **House Rules**.
3  Click the child whom you want to manage.
4  Do one of the following:
    - To turn off, click **Turn OFF Norton Family Supervision** and then click **Yes**.
    - To turn on, click **Turn ON Norton Family Supervision** and then click **Yes**.

**To turn off Norton Family on Windows**

1  Log on to the child's computer.
2  In the notification area, at far right of the taskbar, click the Norton Family icon.
3  Click **Turn Off Norton Family**.
4  In the window that appears, sign in with your Norton Family credentials.
5  To turn off Norton Family, do one of the following:
    - Click **Until the next sign-in or restart**.
    - Click **Until** and choose a time period.
6  Click **Save**. A message notifies you that Norton Family client is turned off.
7  To turn on Norton Family, click **Enable Norton Family**.

**To turn off or turn on Norton Family parental control on Android**

1  Sign in to Norton Family app in Parent mode.

2  In the Parent Mode window, tap on your profile icon. You can also tap the menu icon on the top-left of the window and then tap **Settings**.

3  To turn off, under Norton Family, tap **When switching modes** and do one of the following:

   ⊞  Tap **Don't pause** to keep Norton Family running even when you switch modes.

   ⊞  Tap **15 minutes** or **1 hour** to turn off Norton Family for the specified duration.

   ⊞  Tap **Until I switch back** to turn off Norton Family until you switch back to Child mode.

   ⊞  Tap **Done**.

4  To turn on, switch back to Child mode.

**To turn off or turn on Norton Family supervision for a child on Android**

1  Sign in to Norton Family app in **Parent** mode.

2  Tap the child whom you want to manage.

3  Go to the **RULES** tab.

4  In the **Norton Family** row, do one of the following:

   ⊞  To turn on **Norton Family**, tap **OFF** button.

   ⊞  To turn off **Norton Family**, tap **ON** button.

# Help for children

Welcome to Norton Family!

As you know, the Internet is a great place for homework, communicating with friends and classmates, research, and fun & games. At the same time, hackers and keyloggers use the Internet to steal your personal information and hack your device. They use this information to pose risks to your physical safety and emotional well-being. Your parents have chosen Norton Family to protect you while you are online. This program

is installed on your device and guards you from inappropriate contents on the Internet. If your parents haven't talked to you on this, they will soon discuss with you the online safety and some basic "house rules" that you'll need to follow when you use the Internet.

The main house rules you need to know are:

⊞ DON'T ever chat or email with people you don't know.

⊞ NEVER give personal information to anyone online. This includes addresses, phone numbers, credit card numbers, or the name, city, and location of your school.

⊞ NEVER make plans or agree to meet with anyone in person that you have met online.

⊞ ALWAYS let a parent know IMMEDIATELY if you receive any message or picture online that makes you feel threatened, scared, or uncomfortable.

⊞ NEVER provide anyone your passwords.

⊞ NEVER send out photos of yourself or family members without first checking with a parent.

⊞ NEVER send out anything to anyone that can be considered hurtful or mean spirited. Don't send out something that will make someone angry, sad, or scared. THINK before you send.

⊞ DON'T download or install anything on your device until you've OK'd it with a parent. When signing up for a new service, let your parent know! This includes Email accounts and Social Networking sites.

⊞ DON'T spend money that you don't have. If something has a price, be sure to check with a parent before making the purchase.

# Managing user accounts

2

This chapter includes the following topics:

- Creating user accounts

- Assigning or reassigning a device for your child

- Changing Administrator user accounts to Standard user accounts on Windows

## Creating user accounts

User accounts allow several people to share a single computer. Each family member can log on to Windows using their own user name and password. Each user can then have personalized settings. When your children use separate user accounts, Norton Family can monitor each child individually.

If your computer has a single user account, it is an Administrator account. You should create a standard user account for each child who uses the computer. This assures they won't run Administrator tasks, like creating new user accounts.

The following figure shows the login screen with several user accounts on Windows 7:



**To create a new user account on Windows**

1 Do one of the following:

- On Windows Vista or Windows 7, on the **Start** menu, click **Control Panel**.
- On Windows 8 or later, go to the **Start** screen.

2 Do one of the following:

- On Windows Vista, in the Windows Control Panel, click **User Accounts**.
- On Windows 7, in the Windows Control Panel, click **User Accounts and Family Safety**, and then click **User Accounts**.
- On Windows 8 or later, swipe in from the right end of the screen, click **Settings**, and then click **Change PC settings**.

3 Do one of the following:

- On Windows Vista, click **Add or remove user accounts**, and then click **Create a new account**.
- On Windows 7, click **Manage another account**. If you are prompted for an administrator password or confirmation, type the password or provide confirmation.
- On Windows 8 or later, click **Users**, click **Add a user**, and then click **Sign in without a Microsoft account**.

4   Do one of the following:

⚏   On Windows Vista, type a name for the account.

⚏   On Windows 7, click **Create a new account**.

⚏   On Windows 8 or later, click **Local account**, and enter the account name.

5   Do one of the following:

⚏   On Windows Vista or Windows 7, select the account type, and click **Create Account**.

⚏   On Windows 8 or later, click **Finish**.

# Assigning or reassigning a device for your child

To monitor the online activities of your children, you must specify the device that each child uses. On Windows computers, you must specify which user account the child uses to log on to the computer.

If your children share a single computer, create a separate user account for each child. This allows Norton Family to monitor each child separately and to set house rules based on each child's age.

You can edit device assignments or user account at any time. When you reassign a device or a user account for a child, Norton Family starts monitoring the child based on the new assignment.

**To assign or reassign a device for your child on the Norton Family website**

1   Sign in to Norton Family.

2   At the top of the page, click **Configure Family**.

3   In the **Configure Family** page, under **Children** section, click the profile of your child.

4   All of the devices that run Norton Family client or app are displayed. For Windows, the user accounts that are available are listed next to the device.

5  Check a device that you want to assign to this child.
   For Windows, you can assign one or more user
   accounts for a child.

6  Click **Save**.

**To assign or reassign a user account for your child on
Windows**

1  Log on to the child's computer.

2  In the notification area, at the far right of the taskbar,
   click the Norton Family icon.

3  Click **Edit Accounts** and sign in with your
   credentials.

4  In the **How your family signs in** window, click **Edit**
   next to the child.



5   Click **signs in as**.

Check the user accounts that you want to assign to this child. If your child uses multiple user accounts on a computer, you must select all the user accounts that your child uses.



6   Click **Save** > **OK**.

**To assign or reassign a child to an Android device**

1   Sign in to Norton Family app in Parent mode.

2   Tap the child to whom the device is currently assigned.

3   At the top right of the window, tap the child icon.

4   Under **DEVICES**, tap the device that is assigned to the child.

5   In the **Remove device** alert, tap Yes and then switch to child mode.

6   Tap the child to whom you want to assign the device.

7   You can use the name provided to the device or choose a new one. Norton Family uses this name to identity this device in the future.

8   Tap **Done.**

9   Tap **Activate** to avoid your child from uninstalling the app.

10  Tap **OK**.

**To assign or reassign a child to an iOS device**

1   On your child's iOS device, tap **Settings** > **General** > **Restrictions**, and then tap **Disable Restrictions**.

2   Tap and hold the Norton Family icon until it jiggles.

3   Tap the cross icon to uninstall the app.

4   Press the **Home** button.

5   Go to the App store and reinstall the Norton Family for iOS.

6   Open the Norton Family app.

7   Read the User License Agreement and then tap **Accept**.

8   Sign in with your Norton credentials.

9   Choose a child to whom you want to assign this device.
    If you want to add a new child, tap **Add a new child**, enter the details of the child and then tap **Save**.

10  Give a name for this device.

11  Tap **Save** and then proceed with enabling restrictions. For more details, read See "Setting restrictions on iOS" on page 115.

# Changing Administrator user accounts to Standard user accounts on Windows

If your child creates a new Windows user account and logs onto the computer with that account, Norton Family cannot monitor the child's activity. To prevent new Windows user account creation, you must ensure that your child has a Standard user account.

If your child's Windows user account has Administrator privileges, you must change it to a Standard user account.

**To change Administrator accounts to Standard accounts on Windows**

1   Do one of the following:

    ⊞   On Windows Vista and Windows 7, on the **Start** menu, click **Control Panel**, and then click **User Accounts**.

    ⊞   On Windows 8 or later, on the **Start** screen, search and open Control Panel.

2   Do one of the following:

    ⊞   On Windows Vista and Windows 7, click **User Accounts**, and then click the account that you want to change.

    ⊞   On Windows 8 or later, click **User Accounts and Family Safety**, click **User Accounts**, and then click **Change account type**.

3   If you are prompted for administrator password, type the password for confirmation.

4   Click the account that you want to change and then click **Change the account type**.

5   Choose **Standard** and then click **Change Account Type**.

# Managing your child's profile

# 3

This chapter includes the following topics:

- Editing the child's profile
- Removing a child from Norton Family
- Protecting the personal information of your child
- Blocking your children from sharing their personal information

## Editing the child's profile

You can edit a child's profile using Norton Family website or Android app.

**To edit the profile of your child using Norton Family website**

1. Sign in to Norton Family.
2. At the top of the page, click **Configure Family**.
3. On the **Configure Family** page, under **Children** section, select the child whose profile you want to edit.
4. Do the required changes and then click **Save**.

**To edit the profile of your child using Android device**

1. Sign in to Norton Family app in Parent mode.
2. Tap the child whose profile you want to change.
3. At the top right of the window, tap the child icon and do the required profile changes.

# Removing a child from Norton Family

Norton Family lists the profiles of all the children that you have added. You can remove the profile of a child from Norton Family. When you remove a profile of a child, all the associated settings and the Internet activities of that child are removed. You can use Norton Family website or Norton Family app to remove a child.

 The Norton Family client or app still remains on the child's device and needs to be removed separately.

**To remove a child's profile using Norton Family website**

1 Sign in to Norton Family.

2 At the top of the page, click **Configure Family**.

3 On the **Configure Family** page, under **Children** section, hover over the child whom you want to remove.

4 Click the minus icon at the top-right of your child's avatar.

5 In the confirmation prompt, click **OK**.

**To remove a child's profile using Android device**

1 Sign in to Norton Family app in **Parent** mode.

2 Select the child whose profile you want to remove.

3 At the top right of the window, tap the child icon.

4 In the profile window, under **ACCOUNT**, tap **Remove child**.

5 In the confirmation window, tap **Yes**.

6 If you really want to remove the child, in the verification window, type the name of the child, and then tap **Remove**.

# Protecting the personal information of your child

Norton Family prevents your child from sharing personal information over the Internet. All you need is to specify

the personal information of your child in Norton Family. When you turn on Personal Information Protection, Norton Family blocks any attempt by the child, whether it is accidental or on purpose, to send any personal information over the Internet.

In addition, Norton Family notifies you if your child attempts to send any personal information over the Internet.

By default, if your child sends personal information on a secure website, Norton Family does not block or monitor this activity. The URL of a secure website starts with "https" instead of "http". For example, if your child sends personal information on Gmail, Norton Family does not monitor or block the personal information. When you turn on personal information protection, Norton Family blocks the attempt to send the information on an unsecure website and then notifies you.

**To turn on or turn off Personal Information Protection using Norton Family website**

1   Sign in to Norton Family.

2   Click **House Rules**.

3   Click the picture icon of the child.

4   On the left pane, click **Personal Information** and do one of the following:

  ▪  To turn on, move the On/Off switch to the left to the On position, and then type into the appropriate fields the personal information you want to protect.

  ▪  To turn off, move the On/Off switch to the right to the Off position.

5   Click **Save**.

**To turn on or turn off Personal Information Protection using Android device**

1   Sign in to Norton Family app in **Parent** mode.

2   Tap the child whom you want to manage.

3   Go to the **RULES** tab.

4   Under **General**, tap **Personal info supervision**.

5 In the **Personal info supervision** window, do one
of the following:

▦ To turn on **Personal info supervision**, tap **OFF**
button.

▦ To turn off **Personal info supervision**, tap **ON**
button.

# Blocking your children from sharing their personal information

By default, if your child sends personal information on
a secure website, Norton Family does not block or
monitor this activity. The URL of a secure website starts
with "https" instead of "http". For example, if your child
sends personal information on Gmail, Norton Family
does not monitor or block this activity. To prevent your
child from sharing their personal details on an unsecure
website, you must specify those details in their profile
settings. This way Norton Family can block any such
attempt of your child and then notify you.

You can use Norton Family website or Norton Family
parental control for Android to specify and block personal
information.

**To specify and block personal information on the Norton
Family website**

1 Sign in to Norton Family.

2 Click **House Rules**.

3 Click the picture icon of the child.

4 On the left pane, click **Personal Information** tab and
turn on **Personal Information Protection**.

5 In the **Social Security # (National ID #)** box, type
the last six digits of the child's Social Security
number.

6 In the **Phone number** box, type your child's
telephone number.

7 In the **Email address** box, type the email address of the child.

8 In the **Other private information** box, type in any name, number, or any other information you want to protect.

If you enter the name of a school, you don't need to include words such as "school" or "elementary". Enter only name of the school. For example, if your child's school is 'Lincoln Elementary School', you should only enter the word "Lincoln."

9 Click **Save**.

**To specify and block personal information on Android**

1 Sign in to Norton Family app in **Parent** mode.

2 Tap the child whom you want to manage.

3 Go to the **RULES** tab.

4 Under **General**, tap **Personal info supervision**.

5 In the **Personal info supervision** window, tap **OFF** button.

6 In the **Social Security Number** box, type the last six digits of the child's Social Security number, and tap **OK**.

7 Type the telephone number and the email address of the child.

8 In the **Email Address** box, type the email address of the child, and tap **OK**.

9 In the **Other Private Information** box, type in any name, number, or any other information you want to protect, and tap **OK**.

If you enter the name of a school, you don't need to include words such as "school" or "elementary". Enter only name of the school. For example, if your child's school is 'Lincoln Elementary School', you should only enter the word "Lincoln."

# Managing House Rules

4

This chapter includes the following topics:

- Defining the house rules
- Viewing or refreshing house rules
- Defining your child's Web world
- Binding and unbinding a device from Norton Family
- About Website categories
- Supervising the Internet activities of your child
- Turning on or turning off Web supervision
- Blocking access to multiple categories of websites using Norton Family website
- Blocking or allowing access to specific websites using Norton Family website
- Blocking or allowing a website or website category using Android device
- Blocking a website that your child has visited
- Disputing website categorization
- About blocking embedded content
- About defining search rules for your child
- Turning on or turning off Search supervision

▦ Turning on or turning off Safe Search

▦ About monitoring social networking activities

▦ Turning on or turning off social network supervision

▦ Viewing the social networking conversations of your child

▦ About setting up time restrictions for using the device

▦ Allowing or blocking your child's device usage on weekdays or weekends

▦ Specifying the allowed contacts

▦ Updating the house rules on your child's computer

# Defining the house rules

Norton Family protects your child with predefined house rules based on their age and maturity. You have the freedom to customize these rules for each of your children at any time.

Your child can ask your permission for a specific Internet activity and then you can make the appropriate decision. If you need more information, you should talk to your child and find out why he or she needs to visit a particular site that you feel should be off limits.

If you allow access to a specific website based on your child's request, this change is reflected on your child's device automatically.

Make sure that you install Norton Family on every device that your child uses. By logging into Norton Family account, you can view and monitor the Internet activities of your child from any location, as long as you have an Internet connection.

You can change the house rules for your child from Norton Family website or Norton Family app for Android device. To change the house rules for your child from

Norton Family website, go to the **House Rules** page.
To change from your Android device, sign in to Norton
Family app in Parent mode, tap the child whom you want
to manage, and then tap **RULES** tab.

Using the **House Rules** page, you can do the following:

- Manage your child's profile.
- Define your child's Web world.
- Choose the device to track your kid's current
  location.
- Define search rules for your child.
- Define mobile messaging rules for your child.
- Define mobile application rules for your child.
- Define social networking rules for your child.
- Define time restrictions for your child to engage in
  Internet activities.
- Define video supervision rules.
- Define app supervision rules.
- Set up Norton Family to notify you when your child
  performs an inappropriate Internet activity.

To add a child to your Family account from Norton
Family website, go to the **Configure Family** page, and
then click **Add Child**. To add from your Android device,
sign in to Norton Family app in Child mode. To know
more about adding a child,

# Viewing or refreshing house rules



Your children can view the house rules that you set.
This helps them be aware of the Internet activities that
they are allowed to perform. Your child can also request
that you grant permission to perform specific Internet
activities.

The house rules window provides information, such as
the blocked website categories and monitoring policies
for social networking and Internet searches.

**To view or refresh house rules on Windows**

1  Log on to the child's computer.

2  In the notification area, at the far right of the taskbar, click the **Norton Family** icon.

3  To open the **House Rules** window, click **View My House Rules**.

4  Read the house rules that are set for this device.

5  Click **OK**.

6  Click **Update House Rules** to get the latest rules.

**To view house rules on Android**

1  Log on to Norton Family App in **Child** mode.

2  Under **RULES FOR THIS DEVICE**, tap the rules to learn more about that.

  In case of emergency, you can tap the phone icon to call your allowed contacts. If you do not see any allowed contacts, talk to your parents to configure it.

**To view or refresh house rules on iOS**

1  Open Norton Family parental control.

2  To view the house rules, tap the menu icon in the top-right corner of the screen, and then tap **My House Rules**.

3  Read the house rules that are set for this device.

4  Tap the refresh icon to get your latest house rules.

# Defining your child's Web world

You can control and customize the Web activity of your children in a number of ways. Though you can protect your children by blocking access to websites that are inappropriate, you can also allow specific websites or website categories that you have determined are safe for a child to view.

  If your children use Windows 7 in XP Mode, the Internet activities are not monitored. Children will be able to visit the blocked websites.

Using Norton Family you can define each child's Web world in the following ways:

- Turning on or off Web supervision
- Supervise the Web activity of your child
- Protect the child from inappropriate websites
- Block or allow access to specific categories of websites
- Block or allow access to a website on your child's device
- Turn on or off Norton Family client for a child

[1] As made available by Symantec within your service period.

[2] Supports current and the most recent and previous 32-bit major release.

# Binding and unbinding a device from Norton Family

Norton Family lists all of the devices that are associated with your account. You can unbind a device if it is no longer used by your children. Once you unbind a device, Norton Family stops monitoring the activities on the device. Even if you unbind, Norton Family client or app still remains on the device so that you can bind the device at any time later. You can unbind a device from Norton Family website only.

**To unbind a device from Norton Family**

1  Sign in to Norton Family.

2  At the top of the page, click **Configure Family**.

3  On the **Configure Family** page, under **Devices** section, hover over the device that you want to remove.

4  Click the minus icon at the left right of your device.

5  In the confirmation prompt, click **OK**.

**To bind a device to Norton Family on Windows**

1  Sign in to the child's computer.

2  On the taskbar, click the **Norton Family** icon.

3  In the Parent Sign In field, type your Norton account credentials.

4  In the Add Computer field, type a name for this computer.

5  Click **OK**.

6  To assign a user account for your child, in the How does your family log on? window, click the **Change** button next to the child. To assign an existing Windows user account, click **Uses these logins**, and then check a Windows user account that you want to assign for this child. If your child uses multiple user accounts on a computer, you need to check all the user accounts that your child uses.

7  Click **OK**.

8  Repeat steps 6 and 7 to assign a Windows user account for each of your child.

9  In the **How does your family log on?** window, click **Finish**.

# About Website categories

Symantec evaluates millions of websites for content and assigns categories, such as Kids, Mature Content, or Violence.

You can restrict access to website categories that contain content that is inappropriate for your child. The default category settings are based on a child's age, but you can modify these as necessary for your child.

The following table provides the list of websites categories and a brief description for each category:

**Table 4-1**

| Category | Description |
| --- | --- |
| Abortion | Websites that provide information about or arguments in favor of or against abortion; describe abortion procedures; offer help in obtaining or avoiding abortions; or provide testimonials on the physical, social, mental, moral, or emotional effects, or the lack thereof, of abortion. |
| Advertising | Websites that display online advertising content. Individual advertisements can range from legitimate business ads to ads of an offensive nature. |
| Alcohol | Websites that promote or offer for sale alcoholic beverages or the means to create them; supply recipes or paraphernalia; or glorify, tout, or otherwise encourage alcohol consumption or intoxication. |
| Art | Websites that display or refer to subjects of an esthetic nature. These sites may include historical or contemporary art but not nude art. (Sites that contain nude art are categorized under Mature Content.) |

| Category | Description |
|---|---|
| Automotive | Websites that sell, display, advocate, review, or describe the automotive market or cars. |
| Business | Websites that provide information on business and financial markets. |
| Computer hacking | Websites that promote or provide the means to practice illegal or unauthorized acts using computer-programming skills. |
| Crime | Websites that feature or promote criminal skills, provide instruction for threatening or violating the security of property or the privacy of people, or describe how to avoid complying with legally mandated duties and obligations. |

| Category | Description |
|---|---|
| Cult | Websites that feature or promote prominent organized modern religious groups that are identified as cults by three or more authoritative sources. Also includes sites that promote or offer methods, means of instruction, or other resources to affect or influence real events using spells, curses, magic powers, or supernatural beings. |
| Discussion & Online Interaction | Websites that provide a platform for users to discuss, compare, and debate different topics such as technology, games, sports, fashion, and politics. |
| Drugs | Websites that promote, offer, sell, supply, encourage, or otherwise advocate the recreational or illegal use, cultivation, manufacture, or distribution of drugs, pharmaceuticals, intoxicating plants or chemicals, and their related paraphernalia. |
| Entertainment & music | Websites that provide entertainment value for the user. This category also includes Internet radio sites. |

| Category | Description |
|---|---|
| File Sharing | Websites that provide or promote file sharing applications. |
| Gambling | Websites on which users can place bets or participate in online betting pools (including lotteries); obtain information, assistance, or recommendations for placing a bet; or receive instructions, assistance, or training on participating in games of chance. |
| Gaming | Websites that provide access to online games that include opportunities to play against other individuals online. These sites do not support or encourage betting on the games. |
| General | Websites that display general-interest topics and may represent a gateway to a broad array of resources and services. May also include sites that have dynamically changing content with the possibility to either generate, display, or offer links to content that is inappropriate for children. |
| Government | Websites that involve government entities, organizations, or functions. |

| Category | Description |
| --- | --- |
| Hate | Websites that advocate hostility or aggression toward an individual or group on the basis of race, religion, gender, nationality, ethnic origin, or other involuntary characteristics. Sites that denigrate others or justify inequality on the basis of those characteristics. |
| Health | Websites that relate to the general category of human health. This category does not include sexual health topics, which are categorized under Sexual Education. |
| Job search | Websites that are dedicated to job searching, job listings, resume exchanges, and head-hunting. |
| Kids | Websites that provide a safe and interesting Internet experience for children less than 12 years of age. |
| Legal | Websites that deal with legal matters. |
| Lingerie | Websites that may offer for sale intimate apparel or swimwear and may include galleries of models in such fashion. |

| Category | Description |
|---|---|
| Mature content | Websites that contain sexually explicit information that is not of a medical or scientific nature. Also includes sites that contain nude art. Nude art consists of non-pornographic images that tastefully and artfully display the naked body. The main purpose of nude art sites should not be sexual arousal. |
| Military | Websites that are sponsored by armed services agencies or military organizations. |
| News | Websites that provide news, opinion, and weather. These websites include those sponsored by print and visual media. |
| Online chat | Websites that let users chat online by broadcasting messages to people on the same site in real time. |
| Personals | Websites that promote or provide the opportunity for individuals to establish or continue romantic or sexual relationships. |
| Plagiarism | Websites that allow children to copy and paste the texts to complete their homework. |

| Category | Description |
|----------|-------------|
| Politics | Websites that offer commentary about or support politics of any type. |
| Pornography | Websites that contain sexually explicit material for the purpose of arousing a sexual or prurient interest. |
| Reference/Educational | Websites whose primary purpose is to provide educational enrichment. |
| Religion | Websites that are dedicated to or describe one or more religions. |
| Search | Websites that support searching the Web, news groups, or indices and directories thereof. |
| Sex Education | Websites that contain information on reproduction and sexual development, sexually transmitted disease, contraception, safe sexual practices, and sexuality. |
| Shopping | Websites that provide the opportunity to purchase goods or materials online. |

| Category | Description |
|---|---|
| Social Networking | Websites that let users create and establish online relationships with other individuals on the Internet, including the following types of site: |

- **Blogs**: Websites that serve as a publicly accessible personal journal for an individual.
- **Forums**: Websites that provide a Web application that lets users participate in the discussion of numerous topics, often in conjunction with online communities.
- **Hosting services**: Websites that provide individuals and organizations with online systems for storing information, images, video, or any content accessible on the Web.
- **Virtual communities**: Websites that offer a variety of tools and mechanisms to enable a group of people to communicate and interact on the Internet.

| Category | Description |
|---|---|
| Sports | Websites that are dedicated to professional and amateur sports and sporting events. |

| Category | Description |
| --- | --- |
| Suicide | Websites that offer, promote, or advocate suggestions, instructions, or descriptions on how to commit suicide. |
| Technology | Websites that sell, display, advocate, review, or describe information about technological subjects. |
| Tobacco | Websites that encourage, promote, offer for sale, or otherwise encourage the consumption of tobacco. |
| Travel | Websites that are dedicated to personal travel planning, vacations, car rental, lodging, cruises, and tour groups. |
| Uncategorized | Thousands of websites are being newly created each day. These websites are analyzed and grouped into different categories. The uncategorized websites are the ones that are not analyzed and categorized yet. |

| Category | Description |
|---|---|
| Violence | Websites that display graphic violence that dwells on the infliction of pain or injury. Sites that advocate or provide instructions for causing physical harm to people or property through use of weapons, explosives, pranks, dismemberment, torture, massive blood and gore, sadism, and other types of excessive violence. |
| Weapons | Websites that sell, display, advocate, review, or describe weapons such as guns, knives, or martial arts devices, or provide information on their use, accessories, or other modifications. |
| Web Mail | Websites that provide free, Web-based email services, which are accessible through any Internet browser. |
| Web proxies | Websites that allow Internet content to be retrieved on behalf of a user with the intent of obscuring the user's identity from the content server or obscuring the source of the content from content-filtering software. |

# Supervising the Internet activities of your child

Using the Web Supervision feature, you can protect your child in the following ways:

⊞ Block or allow access to specific websites and website categories.

⊞ Set up Norton Family to display a message for the child when your child attempts to access an inappropriate website.

⊞ View and monitor all the Web activities of your child.

**To set up Web supervision for your child using Norton Family website**

1 Sign in to Norton Family.

2 Click **House Rules**.

3 Click the picture icon of the child.

4 On the left pane, click **Web** and turn on **Web supervision**.

5 Under **How do you want to supervise Web activity**, click one of the following options:

⊞ **Give a warning but allow child on the site anyway**

Norton Family displays a message when a child attempts to access an inappropriate website.

⊞ **Block the site**

Norton Family blocks all the websites that belong to the website categories that you selected.

⊞ **Monitor only**

Norton Family only monitors all the Web activity of your child and provides real-time reports. It does not block the websites.

6 Click **Save**.

**To set up Web supervision for your child using Android device**

1 Sign in to Norton Family app in Parent mode.

2 Tap the child whom you want to manage.

3 Go to the **RULES** tab.

4 Under **Activities**, tap **Web supervision**.

5 In the **Web supervision** window, tap **How do you want to supervise Web activity?**, and choose what Norton Family should do when your child visits a blocked website.

6 Tap **OK**.

# Turning on or turning off Web supervision

When you turn on website supervision, you can do the following:

⊞ View and monitor the websites that your child visited.

⊞ Allow the child to visit a specific category of websites.

⊞ Block access to specific categories of websites.

⊞ Block a specific website for your child.

⊞ Allow a specific website for your child.

When you turn off Web supervision, Norton Family does not monitor the websites that your child visits.

**To turn on or turn off Web supervision using Norton Family website**

1 Sign in to Norton Family.

2 Click **House Rules**.

3 Click the picture icon of the child.

4 On the left pane, click **Web** and do one of the following:

⊞ To turn on **Web Supervision**, move the On/Off switch to the left to the On position.

⊞ To turn off **Web Supervision**, move the On/Off switch to the right to the Off position.

5 Click **Save**.

**To turn on or turn off Web supervision using Android device**

1 Sign in to Norton Family app in Parent mode.

2   Tap the child whom you want to manage.

3   Go to the **RULES** tab.

4   Under **Activities**, tap **Web supervision**.

5   In the **Web supervision** window, do one of the following:

   ⊞   To turn on **Web supervision**, tap **OFF** button.

   ⊞   To turn off **Web supervision**, tap **ON** button.

# Blocking access to multiple categories of websites using Norton Family website

You can prevent your child from accessing the websites that you believe are inappropriate for viewing. You can block the websites that belong to a particular category. Websites are categorized based on the content, such as alcohol, crime, or drugs. Therefore, when you block a specific category of websites, you can make sure that your child does not have access to content that might be inappropriate for that child. By default, Norton Family provides a set of house rules based on the age group. You can either use the default settings or customize the settings for your child. Norton Family also provides a categorization of websites. If you think that the categorization is not correct, you can dispute it.

**To block access to multiple categories of websites**

1   Sign in to Norton Family.

2   Click **House Rules**.

3   Click the picture icon of the child.

4   On the left pane, click **Web** and turn on **Web supervision**.

5   Under **How do you want to supervise Web activity**, click **Block the site**.

6   Click **Check each Site Category below that you want to block from child**.

7   In the **Quick Settings** drop-down, click one of the
    age group that best suits your child's age. Norton
    Family automatically defines the website categories
    that are allowed for this age group.

8   If you want to block more categories, do one of the
    following:

    ⊞   To block selected categories of websites, check
        each category that you want to block.

    ⊞   To block all categories, click **Select all**.

9   Click **Save**.

# Blocking or allowing access to specific
# websites using Norton Family website

By default, Norton Family prevents your children from
visiting inappropriate websites. Norton Family blocks all
the websites that belong to the blocked category. If you
want to block a website that does not belong to any of
the listed category, you can add it to the blocked list.
You can also block multiple websites.

When you add a website to the Specific Websites to
block, Norton Family creates a blacklisted group of
websites. When the child attempts to access any of the
websites that belong to the blacklisted group, Norton
Family blocks access to the website and notifies you.
You can add up to 1000 websites to the blocked and
allowed list put together. If you want to allow your
children to visit a specific website that belongs to the
blocked list, you can add the website to the allowed list.
To allow your child to access a specific website, you
need to specify the website name. You can also allow
multiple websites at the same time.

 To block access to a website on your child's device, you
need to turn on Web supervision.

**To block or allow access to specific websites**

1   Sign in to Norton Family.

2   Click **House Rules**.

3   Click the picture icon of the child.

4   On the left pane, click **Web** and turn on **Web supervision**.

5   Under **How do you want to supervise Web activity?**, click **Block the site**.

6   Do one of the following:

   ▪ To block websites, click **Specific websites to block** section.

   ▪ To allow websites, click **Specific websites to allow** section.

7   In the Enter a website box, type the URL of the website.
    For example, you can type adultsonly.com or www. adultsonly.com.

8   Click **Add To List**.

9   Click **Save**.

# Blocking or allowing a website or website category using Android device

You can control and customize the Web activity of your children in a number of ways. Though you can protect your children by blocking access to websites that are inappropriate, you can also allow specific website categories that you have determined as safe for a child to view. Moreover, you can allow or block a website category from the Android device as well.

**To block a website or website category from the Activity tab using Android device**

1   Sign in to Norton Family app in Parent mode.

2   Tap the child whom you want to manage.

3   Go to the **ACTIVITY** tab.

4   From the list, tap **Websites**. On Android, you can tap the small triangle next to the child icon to filter the list by an activity type.

5   Tap a website that you want to block and do one of
    the following:

    ⊞   To block the website, check **Block this site**. Once
        blocked, your child cannot visit this site in the
        future.

    ⊞   To block the category, check **Block all category**.
        If you choose this option, the child cannot visit
        this website or any other websites that are
        included in the category.

**To allow or block a website or website category from
the Rules tab using Android device**

1   Sign in to Norton Family app in Parent mode.

2   Tap the child whom you want to manage.

3   Go to the **RULES** tab.

4   Under Activities, tap **Web supervision**.

5   In the Web supervision window, do one of the
    following:

    ⊞   To block a website, tap **Restricted Websites**,
        and then tap **Add Website**. In the Block Website
        window, type the URL of the website that you
        want to block, tap **OK**, and then tap **Done**.

    ⊞   To remove a restricted website, tap **Restricted
        websites**, uncheck the website that you want to
        allow, and then tap Done.

    ⊞   To allow a website, tap **Allowed websites**. In the
        **Allowed websites** window, tap **Add website**,
        enter the URL of the website, tap **OK**, and then
        tap **Done**.

    ⊞   To block a website category, tap **Web categories**.
        In the **Web categories** window, check the website
        categories that you want to block, and then tap
        **Done**.

    ⊞   To allow a website category, tap **Web categories**.
        In the Web categories window, uncheck the
        website categories that you want to allow, and
        then tap **Done**.

 As you block a website or a category, the number of websites or categories blocked should be reflected on the Websites settings page.

If you block or allow a website or category from the Android device, the website or category is also shown as blocked or allowed in the Norton Family website and vice versa.

# Blocking a website that your child has visited

When you look at the Web activity report of your child, you might find that he or she has visited an inappropriate website. We encourage you to talk to your child about it, and take this opportunity to find out what's going on. Your child may have landed on the page by accident or they may have gone there on purpose. Either way, it's a good way to keep the lines of communication open and discover if your child is following the house rules or not.

In addition, you can make sure that the inappropriate website listed on the Activity report cannot be visited by your child again. You can also block the category that this website belongs to. If you choose this option, the child cannot visit this website or any other websites that are included in the category.

**To block a website that your child visited using Norton Family website**

1  Sign in to Norton Family.

2  On the **Activity** page, click on the picture icon of your child.

3  Click the **Web** tab.

4  In the Web activity report, click a website address.

5 Under **What do you want to do?**, do one of the
following:

- ▦ To block this website, click **Block site**.
- ▦ To block all categories of this website, click **Block all categories this site belongs to**.

6 Click **Save**.

# Disputing website categorization

Millions of websites have been evaluated for content
and assigned to one or more categories, such as
children, mature content, news, and violence. Symantec
categorizes these websites for Norton Family to make
the Internet safer for your children.

However, if you feel that the categorization of a particular
website that your child has visited is not correct, you
can dispute and notify Symantec to change the
categorization.

**To dispute and notify Symantec of website
categorization using Norton Family website**

1 Sign in to Norton Family.

2 On the **Activity** page, click the picture icon of your
child.

3 Click the **Web** tab.

4 In the Web activity report, click a website address
that you want to dispute.

5 Under Categories, click **Dispute site categorization**.

6 On the web page that appears, do the following:

- ▦ If you think that the current category of this
website is incorrect, uncheck the current category
and select a category from the drop-down list.
- ▦ If you think that this website should also be
associated with more categories, select the
categories from the drop-down list.

7 Specify the reasons why you think the category for
this site should change.

8   Click **Send**.

**To dispute and notify Symantec of website categorization using Android device**

1   Sign in to your Norton Family app in Parent mode.

2   Tap the child whom you want to manage.

3   Go to the **ACTIVITY** tab.

4   From the list, tap **Websites**. On Android, you can tap the small triangle next to the child icon to filter the list by an activity type.

5   Tap the website that you want to dispute.

6   Tap **Is this site miscategorized?**

7   In the **Disputer Category** page, suggest a different category for the website.

8   Type a note why you disagree with the existing category.

9   Tap **Send**.

# About blocking embedded content

Sometimes, an allowed website contains content that belongs to a blocked category of website. When your child visits such websites, Norton Family blocks the specific portion of the website that belongs to the blocked website. For example, if your child visits www.pogo.com, an allowed website, which contains an advertisement from a blocked website, Norton Family blocks the advertisement, but allows the rest of the content on the page.

Norton Family lets you view the details of partially blocked websites in the Web activity report. The child can request your permission to view the blocked content on the website. You can take an appropriate decision and do the following:

⊞   Allow your child to view all content on this website

⊞   Allow your child to access only this blocked embedded content

- Allow your child to visit all of the websites that belong to the blocked category
- Leave this embedded content blocked

# About defining search rules for your child

Norton Family lets you monitor all of the searches that are performed by your child on the Internet. You can view the search term, the time at which the search was performed, and the search engine that was used.

Using Norton Family, you can activate Safe Search on your child's device. Safe Search helps you to remove explicit sexual content in the search results and provides a secured search experience for your child. When you turn on Safe Search, Norton Family activates the Safe Search feature on all of the search engines that it supports.

You can customize and control the Internet searches of your child in the following ways:

- Turning on and turning off Search supervision.
- Turning on or turning off Safe Search on your child's device.

 If your child typed any special characters such as @, &, !, #, or $ along with the search terms, the craigslist.org search engine often skips these characters before providing search results. Norton Family reports only the actual search terms craigslist.org used for searching.

Norton Family monitors and records the search activities of your children on the following search engines:

| Search engine | Monitors search terms | Uses Safe Search |
|---|---|---|
| Yahoo | X | X |
| Google | X | X |

| Search engine | Monitors search terms | Uses Safe Search |
|---|---|---|
| Ask | X | X |
| Bing | X | X |
| YouTube | X | X |
| Blinkx[*] | X | X |
| AskKids[*] | X | |
| FactMonster[*] | X | |
| Craigslist[*] | X | |
| Wikipedia[*] | X | |
| eBay[*] | X | |
| Comcast Toolbar Search[*] | X | |
| Baidu[*] (supported only in Simplified and Traditional Chinese) | X | |
| Sogou[*] (supported only in Simplified and Traditional Chinese) | X | |

| Search engine | Monitors search terms | Uses Safe Search |
|---|---|---|
| T-Online Sites[*] (supported only in German) | X | |
| Orange or Free[*] (supported only in French) | X | |
| Naver[*] (supported only in Korean) | X | |

[*]Not monitored on iOS devices.

# Turning on or turning off Search supervision

When you turn on Search supervision, you can monitor all of the Internet searches that are performed by your child. You can view the search term, the time at which the search was performed, and the search engine that the child used.

In addition, the Activity Summary page shows you the most recent Internet searches that your child performed. The latest search terms are displayed in larger characters for your convenience. You can also filter the Activity page to display the search activity report of your child. This report shows the details of the Internet searches that your child performed.

**To turn on or turn off Search supervision using Norton Family website**

1 Sign in to Norton Family.

2 Click **House Rules**.

3 Click the picture icon of the child.

4   On the left pane, click **Search**, and do one of the
    following:

    ▪   To turn on **Search supervision**, move the **On/Off**
        switch to the left to the **On** position.

    ▪   To turn off **Search supervision**, move the **On/Off**
        switch to the right to the **Off** position.

5   Click **Save**.

**To turn on or turn off Search supervision using Android
device**

1   Sign in to Norton Family app in Parent mode.

2   Tap the child whom you want to manage.

3   Go to the **RULES** tab.

4   Under **Activities**, tap **Search supervision**.

5   In the **Search supervision** window, do one of the
    following:

    ▪   To turn on **Search supervision**, tap **OFF** button.

    ▪   To turn off **Search supervision**, tap **ON** button.

# Turning on or turning off Safe Search

Using Norton Family, you can activate Safe Search on
your child's device. Safe Search helps you to remove
explicit sexual content in the search results and provides
a secured search experience for your child. When you
turn on Safe Search, Norton Family activates the Safe
Search feature on all supported search engines.

When you turn off Safe Search, the default search
filtering option of the search engine is used.

**To turn on or turn off Safe Search using Norton Family
website**

1   Sign in to Norton Family.

2   Click **House Rules**.

3   Click the picture icon of the child.

4   On the left pane, click **Search**, turn on **Search Supervision**, and do one of the following:

⊞   To turn on Safe Search on your child's device, under **Content Filtering for the Top Search Engines**, click **Yes**.

⊞   To turn off Safe Search on your child's device, under **Content Filtering for the Top Search Engines**, click **No**.

5   Click **Save**.

**To turn on or turn off Safe Search using Android device**

1   Sign in to Norton Family app in Parent mode.

2   Tap the child whom you want to manage.

3   Go to the **RULES** tab.

4   Under **Activities**, tap **Search supervision**.

5   In the **Search supervision** window, do one of the following:

⊞   To turn on search filters, check **Turn filters on**.

⊞   To turn off search filters, uncheck **Turn filters on**.

# About monitoring social networking activities

You can monitor all the Internet activities of your child over the social networking websites.

 Norton Family does not monitor and record your child's social networking activity on 64-bit version of Internet Explorer in Windows.

Using the Social Network Supervision feature, you can do the following:

⊞   Turn on **Social Network Supervision**.

⊞   View the social networking websites that your child visited.

⊞   View the user names that the child used to log on to the social networking websites.

⊞  View the age that the child specified while registering
    on a social networking website.

⊞  View the number of times the child visited a social
    networking website on a specific day.

Norton Family monitors and records the activities of your
children on the following social networking websites:

⊞  Facebook

⊞  Mixi (supported only in Japanese)

⊞  Skyrock (supported only in French)

In addition, you can set up Norton Family to notify you
when your child attempts to use an incorrect age while
registering on any social networking site.

[1] As made available by Symantec within your service
period.

[2] Supports current and the most recent and previous
32-bit major release.

# Turning on or turning off social network supervision

When you turn on **Social Network Supervision**, you
can monitor all the Internet activities of your child over
the social networking websites. You can view the social
networking websites that your child has visited and the
details of each visit.

When you turn off **Social Network Supervision**, Norton
Family does not record the Internet activities of your
child over the social networking websites.

**To turn on or turn off Social Network Supervision using
Norton Family website**

1   Sign in to Norton Family.

2   Click **House Rules**.

3   Click the picture icon of the child.

4   On the left pane, click **Social** and do one of the
    following:

    ⊞   To turn on **Social Network Supervision**, move
        the **On/Off** switch to the left to the **On** position.

    ⊞   To turn off **Social Network Supervision**, move
        the **On/Off** switch to the right to the **Off** position.

5   Click **Save**.

**To turn on or turn off Social Network Supervision using
Android device**

1   Sign in to Norton Family app in Parent mode.

2   Tap the child whom you want to manage.

3   Go to the **RULES** tab.

4   Under **Activities**, tap **Social network supervision**.

5   In the **Social network supervision** window, do one
    of the following:

    ⊞   To turn on **Social network supervision**, tap **OFF**
        button.

    ⊞   To turn off **Social network supervision**, tap **ON**
        button.

# Viewing the social networking
conversations of your child

Using Norton Family, you can view the details of your
child's visit to social networking websites. You can use
Norton Family website or Norton Family app for Android
device to view the social networking conversations of
your child.

**To view the social networking conversations of your
child using Norton Family website**

1   Sign in to Norton Family.

2   On the **Activity** page, click the picture icon of the
    child.

3 Click the **Social** tab.
   The activity report lists the details of your child's visit over social networking websites.

4 To view more details about a social networking activity, click the specific activity.

**To view the social networking conversations of your child using Android device**

1 Sign in to Norton Family app in Parent mode.

2 Tap the child whose social networking activities you want to view.

3 Go to the **ACTIVITY** tab.

4 From the list, tap **Social**. On Android, you can tap the small triangle next to the child icon to filter the list by an activity type.

5 Tap the activity and then tap **View full conversation** link.

6 View the full conversation that your child had with friend. Tap left arrow at the left top of the conversation window to go back to the **ACTIVITY** tab.

7 Repeat steps 5 and 6 to learn your child's other conversations with friends.

# About setting up time restrictions for using the device

Norton Family helps you restrict the amount of time that your child spends on a device every day. You can set time limits for each of your children to use the device. This helps you to prevent your child from excessive device usage.

 On Android, time supervision is a Premier service. You must upgrade to Premier account to effectively track your child's device usage time on Android.

Using the Time Supervision feature, you can do the following:

⊞ Define specific hours in a day your child can use the device.

⊞ Define specific hours in a day your child cannot use the device.

⊞ Define the total amount of time that a child can use the device during weekdays and weekends.

⊞ Report or automatically lock the device when your child exceeds the total time that is allowed.

The time restriction that you configure is specific to a device that your child uses. For example, if your child uses two devices, you need to configure time limits for both these devices. When the time limit has reached on Windows computer, Norton Family notifies or blocks the device according to the house rule. On Android, Norton Family directly blocks the device when the time limit has reached. However, your children can dial to or receive calls from the allowed contacts that you have set up.

**To turn on or turn off time supervision using Norton Family website**

1 Sign in to Norton Family.

2 Click **House Rules**.

3 Click the icon of the child

4 On the left pane, click **Time** and do one of the following:

⊞ To turn on **Time supervision**, move the **On/Off** switch to the left side to the **On** position.

⊞ To turn off **Time supervision**, move the **On/Off** switch to the right side to the **Off** position.

5 Click **Save**.

**To turn on or turn off time supervision using Android device**

1 Sign in to Norton Family app in Parent mode.

2 Tap the child whom you want to manage.

3 Go to the **RULES** tab.

4 Under **General**, tap **Time supervision**.

5 In the **Time supervision** window, do one of the following:

⊞ To turn on **Time supervision**, tap **OFF** button.

⊞ To turn off **Time supervision**, tap **ON** button.

# Allowing or blocking your child's device usage on weekdays or weekends

You can configure time limits on the devices that your children use. Time limits helps you allow or block your child's device usage for specific time during weekdays or weekend. You can also specify the action that should be taken when your child exceeds the time limit. Based on the option you choose, Norton Family does one of the following:

Based on the option you choose, Norton Family does one of the following:

⊞ Locks the device your child uses.

⊞ Allows the child to continue but reports the activity to you.

On Android, Norton Family directly blocks the device when the time limit has reached. However, your children can dial to or receive calls from the allowed contacts that you have set up.

You can set weekday limits for your child using Norton Family website or Norton Family app. The default allowed hours for your child are 2 hours for weekdays and 5 hours for weekends.

You are notified when your children try to change the date, time, or time zone on their device.

**To configure time limits for your child's device using Norton Family website**

1 Sign in to Norton Family.

2 Click **House Rules**.

3 Click the picture icon of the child.

4  On the left pane, click **Time** and turn on **Time supervision**.

5  Select your child's device for which you want to set up time restriction.

6  Do one of the following:

   ⊞  Select the age group that best suits your child.

   ⊞  Select **Custom** to set time restrictions based on your need.

7  Click on a day and select the total hours per day the child can use the device.

8  Under **Blocked hours**, click and drag around the grid to specify the hours that you want to block the child from using the device. To display time in half hour increments, check **Display half-hour increments**. The light gray blocks represent the timings that are allowed, and the dark gray blocks represent the timings that are blocked.

9  Repeat Steps 8 and 9 to configure time limits for other days.

10  Under **When the time is up for the child on this device**, click one of the following:

   ⊞  Block the child from using the device.

   ⊞  Report the activity, but let the child continue using the device. If you choose this option, Norton Family sends an email notification to you but allows the child to continue to use the device.

11  Click **Save**.

**To configure time limits for your child's device using Android device**

1  Sign in to Norton Family app in Parent mode.

2  Tap the child whom you want to manage.

3  Go to the **RULES** tab.

4  Under **General**, tap **Time supervision**.

5  If Time supervision is turned off, tap the **OFF** button to turn it on.

6  Tap your child's device for which you want to set up time restriction.

7 Under **ALLOWED AND BLOCKED HOURS**, tap **Allowed Hours**.

8 Tap on a day, slide left or right to set the allowed hours per day, and then tap **Save**.

9 Tap **Blocked Hours**, tap on a day, set the time frame during which the child cannot use the device, and then tap **Save**. To set more time intervals, tap **add time frame**.
The light gray blocks represent the timings that are allowed, and the red blocks represent the timings that are blocked.

10 Under **ALLOWED CONTACTS ON DEVICE**, choose the contacts that your child can contact if all other contacts are blocked. To add a new contact to the list, click **Add contact**.

11 Tap **Save**.

# Specifying the allowed contacts

Norton Family blocks your children from using their device during the curfew period or when the daily limit has reached. It also blocks all the incoming and the outgoing calls from the device. However, there can be situations when your child needs to dial or receive calls from others. For such emergency situations, you can configure the allowed contacts that your child can contact even if their device is blocked. You can add up to 10 allowed contacts.

**To add, edit, or delete an allowed contact using Norton Family website**

1 Sign in to Norton Family.

2 Click **House Rules**.

3 Click the picture icon of the child.

4 On the left pane, click Time and turn on Time supervision.

5 Select your child's device for which you want to configure allowed contacts.

6 Under Allowed contacts on device, do one of the following:

- To add a new contact, click Add contact, type the contact name and phone number, and then click Save.

- To open an existing contact from address book, click Open device address book, choose the contact, and then click Save and close. You can also search by typing the contact name.

- To edit a contact, click a contact, and then click Edit.

- To delete a contact, click a contact, and then click Delete.

# Updating the house rules on your child's computer

If you allow access to a specific website based on your child's request, this change is reflected on your child's computer automatically. However, your child can manually update the computer with the latest house rules from Norton Family. This helps your child to perform the Internet activities based on the latest house rules that you defined.

**To update house rules on your child's computer**

1 Log on to the child's computer.

2 In the notification area, at the far right of the taskbar, click the **Norton Family** icon.

3 Click **Update House Rules**.

# Monitoring the Internet activity



5

This chapter includes the following topics:

- Viewing the Norton Family alerts
- Viewing the recent alerts from the Norton Internet Security or Norton 360 Control Center
- Viewing all the web activities of your child
- Viewing a summary of all the Internet activities
- Viewing the websites that your child has visited
- Viewing the messaging activities
- Viewing the Internet search terms
- Viewing the amount of time your child spends on the device
- Viewing the remaining time to use the device
- Viewing the social networking activities

## Viewing the Norton Family alerts

If your child attempts to perform any activity that needs your attention or your child exceeds the allowed device usage limit, Norton Family notifies you based on your notification settings. These activities include visiting blocked websites, exchanging text and MMS message among blocked mobile friends, using the device after

exceeding the time limit, and sending personal information to anyone.

You can view each of these activities and take the appropriate action. For example, if your child visits a blocked website and you think that this website does not need to be blocked, you can allow the child to visit the website. Norton Family will add this website to the allowed website list.

Questionable activities are grouped based on the child who performed the activity. The child's name and avatar helps you identify who performed each of the activities.

You can view a red exclamation mark on the avatar in the following situations:

- If Norton Family client or app is not installed on any of the devices that your child uses.
- If the child is not assigned to any device.

You can also view a green icon near the avatar if the child is currently online. If your child sends any message or any permission request, you can view a message icon beside the alert. You can click the message icon to read the message.

The time that is reported for all Internet activities is based on your profile's time zone settings. When a child's device is in another time zone, activity is reported based on your time zone setting. For example, if you are in New York (Eastern Standard Time), and your child is in California (Pacific Standard Time), the activity for the child is time-stamped based on Eastern Standard Time.

If your child uses Windows 7 in XP Mode, the Internet activities are not monitored. Your child can visit blocked websites.

**To view the Norton Family alerts using Norton Family website**

1   Sign in to Norton Family.

Monitoring the Internet activity | 79
Viewing the recent alerts from the Norton Internet Security or Norton 360
Control Center

2   Under **Manage Activity**, click the picture icon of your child. You can also click **Devices** to view the recent alerts from all the devices that are associated with your account.

3   Click the **Alerts** tab. You can do the following:

⚏   Check each alert and then click **REMOVE SELECTED** to remove all the selected alerts.

⚏   Click Norton site rating to learn more about the safety of the site.

⚏   Add this website to the list of approved sites using **allow this website in the future** option.

⚏   Allow all websites that belong to this category using **allow category this site belongs to** option.

⚏   Learn more about the alert using **click here for more details about this notification** option.

**To view the Norton Family alerts using Android device**

1   Sign in to Norton Family app in **Parent** mode.

2   Tap the child whom you want to manage.

3   Go to the **ALERTS** tab. You can tap each alert and then take appropriate action.

# Viewing the recent alerts from the Norton Internet Security or Norton 360 Control Center

The Norton Control Center lets you view the recent Norton Family alerts that require your attention. If your children attempt to perform any questionable Internet activities, you can view them from the Norton Security product. Questionable activities include attempts to visit blocked websites and attempts to send personal information. To view the recent alerts, you can sign in to Norton Family from the Norton Security product.

To view more details about a specific alert, you can click **Get details** and access the **Recent Alerts** page on Norton Family.

**To view recent alerts from the Norton Internet Security Control Center**

1  On the Norton Security product main window, click **More Norton**, and then **Family** icon.

2  Type your Norton Family email address.

3  Type your Norton Family password.

4  Press **Go**.
   The Control Center section lists recent Norton Family alerts.

# Viewing all the web activities of your child

You can view your child's Web activities based on different time periods.

When your child performs inappropriate Web activities such as visiting a blocked website, Norton Family blocks the attempt. The inappropriate activities are listed in red on the Web activity report. The permitted Web activities of your child are listed in black.

In Norton Family website, the Web activities of your child are indicated as follows:

| | |
|---|---|
| What | Indicates the type of activity |
| Which | Indicates the search term or website address the child has used |
| Category | Indicates the category of the website |
| When | Indicates the time at which the activities occurred |

**To view all the Web activities of your child using Norton Family website**

1   Sign in to the Norton Family.

2   Under **Manage Activity**, click on the picture icon of your child.

3   Click the **Web** tab.

4   To view all the Web activities for a specific time period, in the Child's Activity list, select one of the following time periods:

| | |
|---|---|
| Today | Displays all the Internet activities that occurred today. |
| Last 7 Days | Displays all the Internet activities that occurred in last 7 days. |
| Last 14 Days | Displays all the Internet activities that occurred in last 14 days. |
| | This option is available only in Norton Family Premier. |
| All Time | Displays all the Internet activities that occurred in last 30 days. |
| | This option is available only in Norton Family Premier. |

5   To view all the questionable activities, check **Show Questionable Activity Only**.
    All of the inappropriate activities are marked in red.

**To view all the Web activities of your child using Android device**

1 Sign in to Norton Family app in **Parent** mode.

2 Tap the child whom you want to manage.

3 Go to the **ACTIVITY** tab.

4 From the list, tap **Websites**.

5 To view all the Web activities for a specific time period, tap the time period box, and select one of the following periods:

| | |
|---|---|
| Today | Displays all the Internet activities that occurred today. |
| Last 7 days | Displays all the Internet activities that occurred in last 7 days. |
| Last 30 days | Displays all the Internet activities that occurred in last 30 days. This option is available only in Norton Family Premier. |

# Viewing a summary of all the Internet activities

You can view a summary of all the Internet activities for each child.

Using Norton Family website or your Android device, you can do following:

- View the websites that each child visited most often.
- View the friends that each child contacted most often.

This feature is available only in Norton Family Premier.

▦ View the most recent search terms that your child used.

▦ View the amount of time that your child has spent on the device.

This feature is available only in Norton Family Premier.

▦ View the different website categories that your child has visited most often.

In Norton Family website, you can click on an activity to know more about it. The **Most Visited Website Categories** section provides a pictorial representation of the percentages of the website categories that your child has visited most often. If your child visited different categories of websites, these categories are grouped as **Others**.

 Using Norton Family you can monitor and record all the Internet activities for up to 15 children in your household. You must install Norton Family client or app on each device that you want to monitor.

**To view a summary of all Internet and messaging activities using Norton Family website**

1 Sign in to Norton Family.

2 Under **Manage Activity**, click on the picture icon of your child.

3 Click the **Summary** tab.

4   To view the summary of all activities for a specific
    time period, in the drop-down list, select one of the
    following time periods:

Today                           Displays a summary of
                                all the activities that
                                occurred today.

Last 7 Days                     Displays a summary of
                                all the activities that
                                occurred in last 7 days.

Last 14 Days                    Displays a summary of
                                all the activities that
                                occurred in last 14 days.

                                This option is available
                                only in Norton Family
                                Premier.

All Time                        Displays a summary of
                                all the activities that
                                occurred in last 30 days.

                                This option is available
                                only in Norton Family
                                Premier.

**To view a summary of all Internet and messaging
activities using Android device**

1   Sign in to Norton Family app in **Parent** mode.

2   Tap the child whom you want to manage.

3   Go to the **ACTIVITY** tab.

4   From the list, tap **Summary**.

5   To view the summary of all activities for a specific
    time period, tap the time period box, and select one
    of the following periods:

Today                    Displays all the Internet
                         activities that occurred
                         today.

Last 7 days              Displays all the Internet
                         activities that occurred in
                         last 7 days.

Last 30 days             Displays all the Internet
                         activities that occurred in
                         last 30 days.

                         This option is available
                         only in Norton Family
                         Premier.

# Viewing the websites that your child has visited

If you notice that your child has visited a website that is
inappropriate, you can protect your child by blocking the
website and prevent your child from visiting the website
again.

If your child visits a website more than once on a
particular day, these activities are reported in the
following ways:

- All of the visits to the same website are considered
  as one activity.
- The total number of times that the child visited a
  website is displayed.
- The time of the activity is based on the time at which
  the website was last visited.

The Web activities of your child are indicated as follows:

| | |
|---|---|
| What | Indicates the type of activity. |
| | For example, if the child visits a blocked website, this activity is marked as "Blocked Website visited". |
| Which | Indicates the website names that your child visited. You can view how many times that your child visited each sites. |
| Category | Indicates the website categories. |
| When | Indicates the time at which the activities occurred. |

If you need more details about a particular Web activity, you can click on the activity. The details section provides information, such as the number of times the child visited a website and the category of the website.

**To view the websites that your child has visited using Norton Family website**

1  Sign in to Norton Family.

2  Under **Manage Activity**, click on the picture icon of your child.

3  Click the **Web** tab.

4   Do one of the following:

  ▦   To view a specific category of websites that your
      child visited, in the **Category** list, select a website
      category.

  ▦   To view all the category of websites that your
      child visited, in the **Category** list, select **All**.

  ▦   To view the websites that your child visited during
      a specific time period, in the **Child's Activity**
      drop-down list, select one of the following:

| | |
|---|---|
| Today | Displays all the sites that your child visited today |
| Last 7 days | Displays all the sites that your child had visited in last 7 days. |
| Last 14 days | Displays all the sites that your child had visited in last 14 days.<br><br>This option is available only in Norton Family Premier. |
| All Time | Displays all the sites that your child visited in last 30 days.<br><br>This option is available only in Norton Family Premier. |

5   To view questionable activities, check **Show
    Questionable Activity Only**.
    All of the inappropriate activities are marked in red.

**To view the websites that your child has visited using
Android device**

1   Sign in to Norton Family app in Parent mode.

2  Tap the child whom you want to manage.

3  Go to the **ACTIVITY** tab.

4  From the list, tap **Websites**.

5  To view the websites that your child visited during a specific time period, tap the time period box, and select one of the following periods:

| | |
|---|---|
| Today | Displays all the Internet activities that occurred today. |
| Last 7 days | Displays all the Internet activities that occurred in last 7 days. |
| Last 30 days | Displays all the Internet activities that occurred in last 30 days. This option is available only in Norton Family Premier. |

# Viewing the messaging activities

You can view all the messaging activities of your child on the Norton Family website or Android device.

The messaging activity report lets you do the following:

⊞  View the names of the children who have engaged in messaging activity with your child.

⊞  Block any friend that exchanges message with your child.

⊞  View the friends that your child has sent messages to.

⊞  View the time at which any messages were sent or received.

If your child tries to message to a blocked friend, your child receives a message that displays the blocked status. The blocked activities are marked in red on the messaging activity report.

If you need more details about a particular messaging activity, click on the activity.

In Norton Family website, the messaging activities of your child are indicated as follows:

| | |
|---|---|
| What | Indicates the type of activity. |
| | For example, if the child sends a message to a friend, this is marked as "Allowed Message sent". |
| Which | Indicates the mobile friend with whom the child communicated. |
| | You can view the number of times your child had communicated with a specific mobile friend. |
| When | Indicates the time at which the activities occurred. |

**To view messaging activities using Norton Family website**

1  Sign in to Norton Family.
2  On the **Activity** page, click the picture icon of your child.
3  Click the **Messaging** tab.
   Under **Child's Activity**, you can view all the mobile friends that your child had messaged.

4 To view the messaging activities of your child during a specific time period, in the **Show Activity for** list, select one of the following time periods:

| | |
|---|---|
| Today | Displays the messaging activities of your child for today. |
| Last 7 Days | Displays the messaging activities of your child in last 7 days. |
| Last 14 Days | Displays the messaging activities of your child in last 14 days.<br><br>This option is available only in Norton Family Premier. |
| All Time | Displays all the messaging activities of your child in last 30 days.<br><br>This option is available only in Norton Family Premier. |

5 To view questionable activities, check **Show Questionable Activity Only**.
All of the inappropriate activities are marked in red.

**To view messaging activities using Android device**

1 Sign in to Norton Family app in **Parent** mode.

2 Tap the child whom you want to manage.

3 Go to the **ACTIVITY** tab.

4 From the list, tap **Messages**.

**5** To view the messaging activities of your child during a specific time period, tap the time period box, and select one of the following periods:

| | |
|---|---|
| Today | Displays all the Internet activities that occurred today. |
| Last 7 days | Displays all the Internet activities that occurred in last 7 days. |
| Last 30 days | Displays all the Internet activities that occurred in last 30 days. |
| | This option is available only in Norton Family Premier. |

# Viewing the Internet search terms

You can view all the search terms that your child has used on popular search engines, including Google and Yahoo.

The search activity report of your child provides the following details:

- The search term that was used
- The time the search was performed
- The search engine that the child used

In Norton Family website, the search activities are indicated as follows:

| | |
|---|---|
| What | Indicates the type of activity and the search engine that was used. |
| | For example, if the child performs a search on Yahoo, this activity is marked as "Search - Yahoo". |
| Which | Indicates the search term that was used. |
| When | Indicates the time at which each search occurred. |

 If your child types any special characters such as @, &, !, #, or $ along with the search terms, the craigslist.org search engine often skips these characters before providing search results. Norton Family reports only the actual search terms that craigslist.org used for searching.

**To view the search terms using Norton Family website**

1   Sign in to Norton Family.

2   On the **Activity** page, click on the picture icon of your child.

3   Click the **Search** tab.

4   To view the search terms that your child used during
    a specific time period, in the **Child's Activity**
    drop-down list, choose one of the following time
    periods:

| | |
|---|---|
| Today | Displays the search terms that your child used today. |
| Last 7 Days | Displays the search terms that your child has used in the last 7 days. |
| Last 14 Days | Displays the search terms that your child has used in the last 14 days. |
| | This option is available only in Norton Family Premier. |
| All Time | Displays all the search terms that your child used in the last 30 days. |
| | This option is available only in Norton Family Premier. |

**To view the search terms using Android device**

1   Sign in to Norton Family app in **Parent** mode.
2   Tap the child whom you want to manage.
3   Go to the **ACTIVITY** tab.
4   From the list, tap **Search terms**.

5  To view the search terms that your child used during a specific time period, tap the time period box, and select one of the following periods:

| | |
|---|---|
| Today | Displays all the Internet activities that occurred today. |
| Last 7 days | Displays all the Internet activities that occurred in last 7 days. |
| Last 30 days | Displays all the Internet activities that occurred in last 30 days. |
| | This option is available only in Norton Family Premier. |

# Viewing the amount of time your child spends on the device

You can set up time restrictions for your child to use the device by specifying the total amount of time that the child is allowed to use the device on weekdays and weekends.

The **Time** tab in the **Manage Activity** page lets you view the amount of time that your child spent with the device on each day of the month. This report also shows the total hours your child had spent on a device for a month. It also provides a graphical representation of your child's device usage for each week of the month.



You must upgrade to a Premier account to access your child's comprehensive time activity report.

In Norton Family website, the device usage time is indicated as follows:

| What | Indicates the type of activity |
| --- | --- |
| | For example, if the child exceeds the total time allowed, this activity is marked as "Blocked - Daily time limit reached" |
| Which | Indicates the name of the device |
| When | Indicates the time at which the child reached the time limit |

**To view the amount of time your child spends on the device using Norton Family website**

1   Sign in to Norton Family.

2   On the **Activity** page, click on the picture icon of your child.

3   Click the **Time** tab.

4   If your child uses two or more devices, click a device for which you want to see the usage time.

5   In the graphical representation, see the hours that your child had spent each day of a month on the device. Use the left or right scroll arrow to see the device usage for other months.

6   To view the time-related activities for a specific time period, in the **Child's Activity** drop-down list, select one of the following time periods:

| | |
|---|---|
| Today | Displays the device usage for today. |
| Last 7 days | Displays the device usage in last 7 days. |
| Last 14 days | Displays the device usage in last 14 days. |
| | This option is available only in Norton Family Premier. |
| All Time | Displays the device usage in the last 30 days. |
| | This option is available only in Norton Family Premier. |

7   To view all the questionable activities, check **Show Questionable Activity Only**.
    All of the inappropriate activities are marked in red.

**To view the amount of time your child spends on the device using Android device**

1   Sign in to Norton Family app in **Parent** mode.
2   Tap the child whom you want to manage.
3   Go to the **ACTIVITY** tab.
4   From the list, tap **Time**. On Android, you can tap the small triangle next to the child icon to filter the list by an activity type.

5   To view the search terms that your child used during a specific time period, tap the time period box, and select one of the following periods:

| | |
|---|---|
| Today | Displays all the Internet activities that occurred today. |
| Last 7 days | Displays all the Internet activities that occurred in last 7 days. |
| Last 30 days | Displays all the Internet activities that occurred in last 30 days. This option is available only in Norton Family Premier. |

# Viewing the remaining time to use the device

You can manage and control your child's device usage. You can set up time limits for each of your child to use the device. This helps your children to budget their time to use the device and avoid excessive or compulsive device use.

You can specify the total amount of time that your child is allowed to use the device on weekdays and weekends. You can also prevent your child from using the device throughout the week, from Monday through Sunday.

A child can view the total amount of time that is allowed to use the device and the amount of time remaining to use the device. Norton Family notifies the child 15 minutes before the end of the allowed time period. It

provides a one-minute countdown when the child nears the restricted time period.

When the child exceeds the total time that is allowed to use the device, the parent can set up Norton Family to do one of the following:

▪ Automatically lock the child's device.

▪ Send an email notification to the parent but allow the child to continue to use the device.

**To view the remaining time to use the computer**

1 Log on to your device.

2 On the taskbar, click the Norton Family icon.

3 Click **View Time Remaining**. A message notifies the amount of time remaining and the time period in which the curfew is in effect.

**To extend the computer usage time**

1 Log on to the child's device.

2 In the notification area, at far right of the taskbar, click the Norton Family icon.

3 Click **Extend User Time** and sign in with your Norton account credentials.

4 Do one of the following:

   ▪ Click **Until the next sign-in or restart**.

   ▪ Click **Until** and choose a time period.

5 Click **Extend**.

**To view the remaining time to use the Android device**

1 Tap and open Norton Family app.

2 Under **RULES FOR THIS DEVICE**, tap the time limit rule.

3 In the **Rule Details** window, see the remaining time left on this device today.

# Viewing the social networking activities

You can view your child's social networking activities, including if your child has provided an incorrect age while registering on a social networking website.

To register for different social networking websites, it is mandatory that the child must have completed a certain age level. When your child registers for any of the social networking websites, there might be a possibility for the child to provide an incorrect age. Norton Family alerts you whenever your child provides an incorrect age on any of the social networking websites.

To view the social networking activities of your child, you must turn on Social Network Supervision.

You can use Norton Family website or your Android device to view the following details:

- The name of the social networking website that your child visited
- The account ID that your child used to log on to the social networking website
- The age that your child specified while registering on a social networking website
- The date on which your child visited the social networking website

If you need more details about a specific social activity, you can click on that activity. The details section provides information, such as the number of times the child attempted to register on a social networking website with incorrect age.

In Norton Family website, the device usage time is indicated as follows:

| | |
|---|---|
| What | Indicates the type of activity. |
| Which | Indicates the social networking sites. |

| | |
|---|---|
| When | Indicates the time at which the child accessed the social networking sites. |

**To view the social networking activities using Norton Family website**

1 Sign in to Norton Family.

2 On the **Activity** page, click on the picture icon of your child.

3 Click the **Social** tab.

4 Under the **Child's activity** section, read the following details about the social networking activity of the child:

- ⊞ The name of the social networking website that your child visited
- ⊞ The account ID that your child used to log on to the social networking website
- ⊞ The age that your child specified while registering on a social networking website
- ⊞ The date on which your child visited the social networking website

5 To view the social networking activities during a specific time period, in the **Child's Activity** drop-down list, select one of the following time periods:

| | |
|---|---|
| Today | Displays the social networking activities that occurred today. |
| Last 7 days | Displays the social networking activities that occurred in last 7 days. |
| Last 14 days | Displays the social networking activities that occurred in last 14 days. |
| | This option is available only in Norton FamilyPremier. |
| All Time | Displays all social networking activities in the last 30 days. |
| | This option is available only in Norton FamilyPremier. |

6 To view questionable activities, check **Show Questionable Activity Only**.

All of the inappropriate activities are marked in red.

**To view the social networking activities using Android device**

1 Sign in to Norton Family app in **Parent** mode.

2 Tap the child whom you want to manage.

3 Go to the **ACTIVITY** tab.

4 From the list, tap **Social**.

**5** To view all the Web activities for a specific time
period, tap the time period box, and select one of the
following periods:

| | |
|---|---|
| Today | Displays all the Internet activities that occurred today. |
| Last 7 days | Displays all the Internet activities that occurred in last 7 days. |
| Last 30 days | Displays all the Internet activities that occurred in last 30 days. |
| | This option is available only in Norton Family Premier. |

# Managing Norton Family notifications



This chapter includes the following topics:

■ Setting up Norton Family notifications

## Setting up Norton Family notifications

Norton Family notifies you if your child engages in any inappropriate Internet activities. You can set up the Norton Family to notify you in the following situations:

■ Your child ignores a warning.

  When your child attempts an inappropriate Internet activity, Norton Family notifies the child by sending a nonthreatening, but clearly stated message. If the child ignores this message, Norton Family notifies you by email.

■ Your child visits a blocked site.

  When your child visits a blocked site, Norton Family notifies the child that the website is blocked.

■ Norton Family is turn off on any of your child's device.

  Norton Family notifies you if the Norton Family client or app is turned off on any of the child's devices.

■ Your child sends out personal information.

  When your child sends out personal information, Norton Family prevents your child from sharing the personal information over the Internet. Any attempt by the child to send this information over the Internet is blocked.

⚏ Your child creates a new account on any social networking site.

Norton Family notifies you when your child creates a new account on any social networking website.

⚏ Your child uses an incorrect age on any social networking site.

Norton Family notifies you when your child uses an incorrect age on any social networking website.

If you do not receive email notifications from Norton Family, check your spam folder or junk folder. Make sure that the email service you use does not mark email messages from Norton Family as spam.

You can add up to five email addresses to which you want to receive notifications. Norton Family will send you email notifications to all of the email addresses that you provide.

To receive email notifications from Norton Family, add one of the following to your Safe Sender List:

⚏ Domain name '@norton.com'

⚏ Sender noreply@family.norton.com

**To set up Norton Family notifications using Norton Family website**

1 Sign in to Norton Family.

2 Click **House Rules**.

3 Click the picture icon of the child.

4 On the left pane, click **Notify**.

5 If you want to receive notifications to an alternate email, type the email address, and then click **Add To List**.



You can add a maximum of five email addresses to the address list.

6   In the **Notification Settings for the child** section, check one or more of the following activities about which you want to be notified:

⚏   Under **Web content**, check **child ignores a warning** to get notification when your child ignores a warning.

⚏   Under **Web content**, check **child visits a blocked site** to get notification when your child visits a blocked website.

⚏   Under **Norton Family status**, check **Norton Family client is turned off on any of child's devices** to get notification when Norton Family client is turned off on any of the device.

⚏   Under **Social Networking**, check **child creates a new account** to get notification when your child creates a new account on social networking sites.

⚏   Under **Social Networking**, check **child uses an incorrect age** to get notification when your child enters incorrect age in social networking sites.

⚏   Under **Personal Information**, check **child sends personal information** to get notification when your child sends personal information over the Internet.

⚏   Under **Installation**, check **child installs an app that blocks Norton Family monitoring** to get notification when your child installs any unsupported app.

⚏   Under **Installation**, check **child installs a browser that cannot be monitored** to get notification when your child installs any unsupported browser.

7   Click **Save**.

**To set up Norton Family notifications using Android device**

1   Sign in to Norton Family app in **Parent** mode.

2   Tap the child whom you want to manage.

3   Go to the **RULES** tab.

4   Under **General**, tap **Notify parent when**.

5 If you want to receive notifications to an alternate email, tap **Add another email**, type the email address, and then tap **OK**.



You can add a maximum of five email addresses to the address list.

6 In the Notify parent window, under SEND EMAIL WHEN, check one or more of the following activities about which you want to be notified:

■ Check **Warning is ignored** to get notification when your child ignores a warning.

■ Check **Blocked website is visited** to get notification when your child visits a blocked website.

■ Check **Norton Family is turned off** to get notification when Norton Family is turned off on any of the device.

■ Check **Social network account is created** to get notification when your child creates a new account on social networking sites.

■ Check **Incorrect age is used** to get notification when your child enters incorrect age in social networking sites.

■ Check **Personal info is sent** to get notification when your child sends personal information over the Internet.

■ Check **Unsupported browser is installed** to get notification when your child installs any unsupported browser.

■ Check **Incompatible app is installed** to get notification when your child installs any unsupported app.

# Finding additional solutions

# 7

This chapter includes the following topics:

- About installing Norton Family client with other parental-control software

- Disabling the auto-renewal option

- Sharing Norton Family with a friend

- Inviting another parent to help manage your child's Internet activities

- Installing Norton Family client on another device

- Uninstalling Norton Family from your device

- Changing the default search provider

- Managing your Norton Family settings on Android

- Setting restrictions on iOS

- Ensuring Norton Family supervision on your child's iOS device

## About installing Norton Family client with other parental-control software

For best results, there should be no other parental-control programs installed on your devices when you use Norton Family. When similar programs

are installed on a device, Norton Family does not work properly and does not protect your children.

If other parental-control software is installed, uninstall it, restart your device, and then install Norton Family.

# Disabling the auto-renewal option

When you subscribe for the Norton Family Premier service, you are automatically enrolled for the Norton Automatic Renewal service. By enrolling for this service, you authorize Symantec to automatically renew the Norton Family Premier subscription before your current subscription expires. Once enrolled, the billing method used to renew your Premier service in our online store will get billed once a year at the regular subscription price as long as you are enrolled in the program. We send you an email with the details before we charge you so that you know it is coming.

However, you can opt out of the Norton Automatic Renewal service at any time during your subscription period. If you opt out, you need to manually renew your Premier subscription to continue using your Premier features. The service alerts you when your subscription is about to expire.

**To disable the auto-renewal option using Norton Family website**

1   Sign in to Norton Family.

2   At the top of the page, click Configure Family.

3   On the **Configure Family** page, under **Parents** section, click your profile.

4   In the **Profile Settings** page, click **My Subscription**.

5   Next to Auto-Renewal, move the On/Off switch to the right to the Off position.

6   Click **Save**.

**To disable the auto-renewal option from your Norton Account**

1  Log in to your Norton account to disable Norton Automatic Renewal Service.

2  Under **Automatic Renewal and Subscriptions**, next to the Norton product for which you want to disable Automatic Renewal, click **OFF**.

3  When you receive the prompt, click **Turn Off**.

4  Norton Family prompts you to manually renew the Premier subscription before it expires next time.

# Sharing Norton Family with a friend

You can invite a friend to use Norton Family. Your friend can use the link that is sent with the email to register for Norton Family account.

**To invite a friend to Norton Family using website**

1  Sign in to Norton Family.

2  At the bottom of the window, click Share this with a friend.

3  In the **From** box, type your name.

4  In the **To** box, type the name of a friend whom you want to invite.

5  In the **His/Her Email** box, type your friend's email address.

6  Click **Send**.

# Inviting another parent to help manage your child's Internet activities

You can invite your spouse or another adult to manage the Internet activities of your children. Norton Family sends the invitation by an email. The person you invite can access Norton Family by clicking the I Accept link in the email message. They can register for a new account on Norton Family and view the activity for each

child on your account. If the invited parent already has a Norton account, they can use their existing Norton account credentials to login to your family and manage your kids. The parent whom you invite should not be part of any other Norton Family. If they are part of another family, you cannot send an invitation to them.

**To invite another parent to Norton Family from website**

1  Sign in to Norton Family.
2  Click **Configure Family**
3  Under Parents section, click **Invite Parent**.
4  In the webpage that appears, in the **From** box, type your name.
5  In the **To** box, type the email address of the person whom you want to invite.
6  In the **Type a short note here** box, type a short note.
7  Click **Send**.

**To invite another parent to Norton Family using Android device**

1  Sign in to Norton Family app in Parent mode.
2  In the Parent Mode window, tap on your profile icon. You can also tap the family icon on the top left of the window and then tap **Settings**.
3  Under **ADDITIONAL PARENTS**, tap **Invite parent**.
4  In the **Invite** window, type the email address of the person whom you want to invite, and a message for the invited parent.
5  Tap **Send Invitation**.

**To accept an invitation and help another parent**

1  In the email message that you received from Norton Family, click **I Accept**.
2  On the **Norton Family** website, click **Sign Up Now** and follow the on-screen instructions.
3  When you complete the registration process, click **Activity** to view and monitor the Internet activities of each child on your account.

 If you are part of another family, you cannot join the inviting parent's family.

# Installing Norton Family client on another device

You need to install Norton Family client or app to monitor and record the Internet activities on your child's device. If you have a family computer that your children use and a personal computer that you use, you need to install Norton Family client only on the family computer.

**To download and install Norton Family client on another device**

1  Sign in to Norton Family.

2  Do one of the following:

   ▪ At the bottom of the window, click **Download Norton Family**.

   ▪ Click **Configure Family**, under **Devices** section, click **Add device**.

3  To install Norton Family client on another device, under **Do your children use this device?**, select **No** option.

4  In the text box, type your email address.

5  Click **Send an Email**.

6  In the confirmation page that appears, click **Continue** to go back to the Configure Family page.

7  View the email from the device in which you want to install the Norton Family client.

8  In the email, click **Setup Now** to start the download.

9  To continue the installation, use the appropriate instructions for your operating system:

   ▪ See "" on page 14.

# Uninstalling Norton Family from your device

If your child no longer uses a device, you can uninstall Norton Family from that device by following these steps:

 Ensure that you have also unbind the device from your Norton Family account.

**To uninstall Norton Family on Windows**

1   Do one of the following:

- On Windows Vista or Windows 7, click **Start**, and then click **Control Panel**.

- On Windows 8 or later, search for **Control Panel** on the **Start** screen.

2   Do one of the following:

- On Windows Vista or Windows 7, click **Programs and Features**.

- On Windows 8 or later, under **Programs**, click **Uninstall a program**.

3   In the list of currently installed programs, click **Norton Family** client, and then click **Uninstall/Change**.

4   In the window that appears, type your email address and password that you used while installing Norton Family client, and then click **Continue**.

5   Click **Next**.

6   If prompted, restart your computer.

**To uninstall Norton Family parental control on Android**

1   On the Norton Family app's house rules page select **You are not allowed to uninstall the Norton Family app from this device**.

2   In the Device Administration page, tap **Deactivate**.

3   Sign in with Norton Account credentials.

4   Navigate to Manage applications.

5   Tap **Uninstall**.

6   Tap **Norton Family**.

7   Tap **OK** to continue.

**To uninstall Norton Family parental control on iOS**

1   Tap **Settings** > **Restrictions** and then tap **Disable Restrictions** to remove already set restrictions.

2   Tap and hold the Norton Family icon until it jiggles.

3   Tap the cross icon to uninstall the app.

4   In the prompt that appears, tap **Delete**.

# Changing the default search provider

You can choose the provider that you want to use when you search for information on the Internet. To manually change the default search provider, follow the steps specific to the browser you use.

**To change the default search provider in Microsoft Internet Explorer**

1   Open your browser.

2   In the top-right corner, click **Search Options** denoted by a down-arrow button.

3   On the drop-down menu that appears, click **Manage Search Providers**.

4   In the **Manage Add-ons** window, click the search provider you want to make as the default.

5   Click **Set as default**.

6   Click **Close**.

**To change the default search provider in Mozilla Firefox**

1   Open your browser.

2   In the address bar, type **about:config**.

3   On the page that appears, in the alert area, click **I'll be careful, I promise!**.

4   In the **Search** text box, type **browser.search.defaultenginename**.

5   In the search result, right-click **browser.search.defaultenginename**, and click **Modify**.

6   In the **Enter string value** message box, clear the text box content, and then type the URL you want to set as the default search provider.

7   Click **OK**.

8   Close the **about:config** tab.

**To change the default search provider in Google Chrome**

1   Open your browser.

2   In the top-right corner, click the Google Chrome icon denoted by three horizontal lines.

3   In the drop-down menu, click **Settings**.

4   In the **Settings** page, under **Search**, click **Manage search engines...**

5   Choose the search provider you want to make as the default and then click **Make default**.

6   Click **Done**.

# Managing your Norton Family settings on Android

If you have Norton Family parental control app on your Android device, you can update most of your Norton Family settings from the device. Any changes you make using the app are instantly synced to the Norton Family web console. Update Norton Family account settings as follows:

⊞   Edit your profile

⊞   Set up activity report notification

⊞   Change your Norton Family password

⊞   Check your Norton Family subscription

⊞   Change your time zone

⊞   Invite another parent to Norton Family

⊞   View additional parents in your Norton Family

⊞   Switch between parent and child modes

# Setting restrictions on iOS

Set restrictions on your child's iOS device to get the best protection from Norton Family. This prevents your children from using a browser or an application that Norton Family does not monitor, or from uninstalling Norton Family. We recommend that you set up restrictions immediately before your children start using the device. You must also restrict your child from using all browsers other than Norton Family.

**To set up restrictions on iOS**



1 On the **Apps** page, tap **Settings**.



2 On the **Settings** page, tap **General**.



3 Do one of the following:

- If Restrictions is turned off, tap **Restrictions**, tap
  **Enable Restrictions**, and then create a 4-digit
  restrictions passcode.



- If Restrictions is turned on, tap **Restrictions** and then enter your 4-digit restrictions passcode.





4  On the **Restrictions** page, do the following:

- Under **Allow** section, turn off **Safari** and **Deleting Apps**.



- Under **Allowed Content** section, tap **Apps** and then tap **12+ or younger**.

# Ensuring Norton Family supervision on your child's iOS device

Location supervision uses a combination of options and technology to help you track the location of your child. These include:

⊞ Location services

⊞ Background App Refresh

If these options are disabled, Norton Family cannot track the current location of your child. Moreover, these options must be turned on for some features in Norton Family for iOS app to work properly even when the app runs in the background on your child's iOS device. Therefore, to get the best out of Norton Family, follow the below instructions on your child's iOS device:

 We recommend that you set passcode for **Restrictions** on your child's iOS device. If you have not set one, See "Setting restrictions on iOS" on page 115.

**To turn on Location Services and Background App Refresh**

1  Ensure that the Norton Family for iOS app runs, either in foreground or in background, on your child's device always.

2  Tap **Settings** > **Privacy** > **Location Services**, turn it on, and do the following:

⊞ Under **Location Services**, tap **Norton Family for iOS** and choose **Always**.

3   Tap **Settings** > **General** > **Restrictions**, enter the
    passcode if prompted, and do the following:

    ▦   Tap **Location Services**, turn it on, and do the
        following:

        ↵   Under **Location Services**, choose **Allow
            Changes**.

        ↵   Under **Location Services**, tap **Norton Family
            for iOS**, and choose **Always**.

    ▦   Tap **Background App Refresh**, and choose
        **Allow Changes**.

4   Tap **Settings** > **General** > **Background App
    Refresh**, turn it on, and do the following:

    ▦   Under **Background App Refresh**, tap **Norton
        Family for iOS**, and turn it on.

# Norton Family Premier



This chapter includes the following topics:

- Norton Family Premier features
- About activity report
- Renewing your Norton Family Premier subscription
- About video supervision
- Turning on or turning off video supervision
- Viewing the video activities of your child
- Setting up activity report notification
- Upgrading or activating your Norton Family Premier account
- Viewing your subscription details
- Unsubscribing from your Norton Family service
- About getting a refund for the Premier subscription
- Viewing the auto-renewal status of your Premier subscription
- About monitoring mobile devices
- Defining messaging rules
- Turning on or turning off messaging supervision

■ Blocking or allowing message exchange with new mobile friends

■ Monitoring all messaging with new mobile friends

■ Blocking messaging with an existing mobile friend

■ Allowing Unmonitored messaging with a mobile friend

■ Monitoring messaging with a mobile friend

■ About Location Supervision

■ Turning on or turning off Location Supervision

■ Viewing the location of your kid

■ About monitoring applications

■ Blocking or Allowing Apps

■ Turning on or turning off App supervision

# Norton Family Premier features

Norton Family Premier provides advanced features that help you manage your child's online activities easily. To use the advanced features, you must upgrade your Norton Family basic account to a Premier one. For help in upgrading, read See "Upgrading or activating your Norton Family Premier account" on page 141.

With Norton Family Premier, you get the following features:

| Detailed, Consolidated Reporting | Provides all of the history of your child's Internet activities for the past 30 days. |

| | |
|---|---|
| Location Supervision | Lets you track the location of your child. You get to see the full location address of your kids as long as the device is with them. |
| Device usage time reporting | Lets you view the summary of your child's device usage.<br><br>Shows the amount of time that your child spends on a device on each day and your child's total monthly usage. |
| Time supervision | Helps you restrict the amount of time that your child spends on a device every day. You can set time limits for each of your children to use the device. This feature is a Premier service only on Android. |
| Weekly/Monthly Email Reports | Provides an email summary of your child's Internet activities on a weekly or monthly basis. |
| Advanced Smartphone Supervision[1] | Lets you access Norton Family, monitor your child's activities, and set House rules from your Android, iPhone®, iPod touch®, or iPad™ device. |

| Video Supervision | Monitors the online video activities of the most popular video hosting websites such as Hulu and YouTube. On iOS, video monitoring is only for YouTube. |
| | Lets you view the online videos that your child watched. |
| App Supervision | Monitors the applications your children install or uninstall on their Android device. |
| Message Supervision | Monitors all the messaging between your child and a specific friend. If you find that a friend sends inappropriate messages to your child, you can protect your child by blocking the messaging with that friend. |

[1]Mobile app must be downloaded separately. Most features available only on Android devices, unless otherwise specified for iPod touch, iPad, or iPhone. Child monitoring app for iOS available only in US, UK & Japan.

# About activity report

The activity report provides a summary of your child's Internet activities. Norton Family sends the activity report to the email address that you specified while creating the Norton Family account. You can configure Norton Family to send you the activity report on a weekly or a monthly basis.

 You must upgrade to Premier account to receive the activity report.

You can view the activity report by using Norton Family website or Norton Family app.

Norton Family activity report provides the following information about your child's Internet activities:

| | |
|---|---|
| Device time usage | Lets you view the details of your child's device usage.<br><br>You can view the details of your child's device usage time, such as the total hours that the child has spent on the device, and the amount of hours spent on every day. |
| Monitoring Status | Lets you view the summary of the house rules that you defined for your child |
| Search Summary | Lets you view the details of search terms that your child used |
| Video Summary | Lets you view the details of the online videos that your child watched<br><br>You can view the details of your child's video watching activity. The details include the date and time at which the video was watched, title of the video, and category if available. |

| | |
|---|---|
| Web Summary | Lets you view the details of your child's Web activities. |
| | You can view details of the websites that your child visited. The details include the date and time of the website visit, website address, and the category of each website that the child visited. |
| Social Networking Summary | Lets you view the details of your child's social networking activities. |
| | You can view the details of your child's social networking activities. The details include the list of social networking websites on which your child has an account, the email address, and age that your child has specified. You can also view the total number of visits to the website. |
| Messaging Summary | Lets you view the details of your child's messaging activities. |
| | You can view details of your child's messaging activities such as the friend name, and the date of each activity. |
| App Summary | Lets you view the details of the apps that your child had installed or uninstalled on their Android device. |

# Renewing your Norton Family Premier subscription

You need an active subscription to continue using Norton Family Premier version. When you purchase your subscription, you are enrolled in the Norton Automatic Renewal service. When your subscription is about to expire, Norton Family notifies and renews your subscription automatically. If you choose to opt out of this service, your subscription is not renewed automatically and Norton Family reminds you to renew your subscription. If your subscription expires, your Norton Family account is automatically downgraded to basic version and you cannot use the Premier features.

The **RENEW SUBSCRIPTION** option is available only if the following conditions are met:

- The number of days remaining on your current subscription is less than 90 days.
- You have disabled the auto-renewal option.

If you already purchased a subscription and have a product key, sign in to Norton Family, click the **Have a product Key?** link, and then type your product key in the text box that appears.

If you do not have a product key, you must do a renewal purchase from the Norton Store. After you complete your purchase, you can sign in to Norton Family to verify the renewal status.

If the renewal status did not change or the subscription renewal did not happen, you can contact customer support to resolve the issue. For more information about the purchase process, click the **Help** link available at the top-right corner of the Norton Store website.

**To renew your Norton Family Premier subscription using Norton Family website**

1   Sign in to Norton Family.

2  Click **Renew Now**.
   The Norton Store page opens with Norton Family
   Premier as the selected product.

3  Follow the on-screen instructions to complete your
   purchase in the Norton Store.

**To renew your Norton Family Premier account using
Android device**

1  Sign in to Norton Family app in **Parent** mode.

2  In the Parent Mode window, tap your profile icon.
   You can also tap the family icon on the top left of the
   window and then tap **Settings**.

3  In the SETTINGS window, under MY ACCOUNT,
   tap **My Norton subscription**.

4  Tap **Renew Now**.

# About video supervision

Norton Family monitors and records the online videos
that your child watched. You can view video details such
as video name and description of the video. You can
also click on the video link and watch the video that your
child watched. You can view the details of all the videos
that your child had watched for the past 30 days.

Norton Family monitors and records the video activities
of your child on the following video hosting websites:

▦  YouTube

▦  Hulu (not on iOS devices)

You must upgrade to a Premier account to access the
video activity details of your child. You can also view
your child's visits to popular video hosting websites in
the Web tab in the Activity page.

# Turning on or turning off video supervision

When you turn on video supervision, you can view the
details of the online videos that your child watched. You

can turn off video supervision, if you do not want Norton Family to monitor your child's video activities. You can view the details of your child's video watching activity in the Activity page. The details include the date and time at which the video was watched, title of the video, and category if available.

In addition, Norton Family notifies you with the summary of your child's video activities through weekly and monthly email reports.

 You must upgrade to Premier account to access the video supervision feature. On iOS devices, video monitoring is applicable only for YouTube.

**To turn on video supervision using Norton Family website**

1   Sign in to Norton Family.

2   Click **House Rules**.

3   Click the picture icon of the child.

4   On the left pane, click **Video** and do one of the following:

   ▦   To turn on Video supervision, move the On/Off switch to the left to the **On** position.

   ▦   To turn off Video supervision, move the On/Off switch to the right to the **Off** position.

5   Click **Save**.

**To turn on video supervision using Android device**

1   Sign in to Norton Family app in Parent mode.

2   Tap the child whom you want to manage.

3   Go to the **RULES** tab.

4   Under **Activities**, tap **Video supervision**.

5   In the Video supervision window, do one of the following:

   ▦   To turn on **Video supervision**, tap **OFF** button.

   ▦   To turn off **Video supervision**, tap **ON** button.

# Viewing the video activities of your child

You can view the details of all the online videos that your child watched on the Norton Family website or your Android device. Norton Family lets you view the details of all the online videos that your child had watched for the past 30 days. You must turn on the video supervision feature to let Norton Family monitor the video activities of your child.

If you notice that your child watched an online video that is inappropriate, you can restrict your child from visiting that website again by blocking the video hosting website.

In Norton Family website, the video activities of your child are indicated as follows:

| | |
|---|---|
| What | Indicates the name of the video hosting website. |
| Which | Indicates the title of the video. |
| Category | Indicates the category of the video. |
| When | Indicates the time at which the activities occurred. |

If you need more details about a particular video activity, you can also click on the video link and watch the video that your child watched. The details section provides information such as the description of the video, the website address of the video, and the trust level of the website.

 You must upgrade to a Premier account to access the video activity details of your child. In Norton Family website, you can also view your child's visits to popular video hosting websites in the **Web** tab and in the **Manage Activity** page.

**To view the video activities of your child using Norton Family website**

1  Sign in to Norton Family.
2  Under **Manage Activity**, click the picture icon of your child.
3  Click the **Video** tab.
4  To view the video hosting websites that your child had visited during a specific time period, in the Child's Activity drop-down list, select one of the following time periods:

| | |
|---|---|
| Today | Displays all the video hosting websites that your child visited today. |
| Last 7 days | Displays all the video hosting websites that your child visited in last 7 days. |
| Last 14 days | Displays all the video hosting websites that your child visited in last 14 days. |
| All Time | Displays all the video hosting websites that your child visited in last 30 days. |

**To view all the video activities of your child using Android device**

1  Sign in to Norton Family app in Parent mode.
2  Tap the child whom you want to manage.
3  Go to the **ACTIVITY** tab.
4  From the list, tap **Video**.

5   To view the video hosting websites that your child
    has visited during a specific time period, tap the time
    period box, and select one of the following periods:

| | |
|---|---|
| Today | Displays all the Video activities that occurred today. |
| Last 7 days | Displays all the Video activities that occurred in last 7 days. |
| Last 30 days | Displays all the Video activities that occurred in last 30 days. |
| | This option is available only in Norton Family Premier. |

# Setting up activity report notification

The activity report provides a summary of your child's
Internet activities. Norton Family sends the activity report
to the email address that you specified while creating
the Norton Family account. Norton Family sends you
the activity report on a weekly or a monthly basis. You
can also configure Norton Family to send you the activity
report on both weekly and on monthly basis.

 You must upgrade to Premier account to receive the
activity report.

**To set up the activity report notification using Norton
Family website**

1   Sign in to Norton Family.

2   At the top of the page, click **Configure Family**.

3   On the **Configure Family** page, under **Parents**
    section, click your profile icon.

4   In the **Profile Settings** page, click **Notification Preferences**.

5   Do the following:

■   If you want Norton Family to send the activity report every week, check **Send activity report for all of my children every week**.

■   If you want Norton Family to send the activity report every month, check **Send activity report for all of my children every month**.

6   Click **Save**.

**To set up the activity report notification using Android device**

1   Sign in to Norton Family app in **Parent** mode.

2   In the Parent Mode window, tap your profile icon. You can also tap the family icon on the top left of the window and then tap **Settings**.

3   In the SETTINGS window, under MY ACCOUNT, tap **Child activity reports**.

4   In the Child activity reports window, do the following:

■   If you want Norton Family to send the activity report every week, check **Email me weekly**.

■   If you want Norton Family to send the activity report every month, check **Email me monthly**.

# Upgrading or activating your Norton Family Premier account

Advanced features such as video supervision, location supervision, time summaries, and consolidated reports are available only in the Norton Family Premier account.

If you already have a valid product key, sign in to Norton Family, click the **Have a product Key?** link, and then type your product key in the text box that appears.

If you do not have a valid product key, you must purchase a new product key from the Norton Store. After

you complete your purchase, your account changes to Norton Family Premier.

You can sign in to Norton Family to verify the renewal status. If the renewal status did not change or the subscription renewal did not happen, you can contact customer support to resolve the issue. For more information about the purchase process, click the **Help** link available at the top-right corner of the Norton Store Web page.

**To upgrade your Norton Family account using Norton Family website**

1   Sign in to Norton Family.

2   Click **Upgrade Now**.
    The e-store page opens with Norton Family Premier as the selected product.

3   Follow the on-screen instructions to complete your purchase in the Norton store.

**To upgrade your Norton Family account on Android**

1   Sign in to Norton Family app in Parent mode.

2   Tap on your profile icon.

3   Under **MY ACCOUNT**, tap **Norton subscription**.

# Viewing your subscription details

The subscription details section shows you the following:

⊞   Premier service expiration date

⊞   The date on which you registered for Premier service

⊞   The total number of days remaining with your current subscription

⊞   Your Norton Family product key

⊞   Product serial number

**To view your subscription details on the Norton Family website**

1   Sign in to Norton Family.

2   At the top of the page, click **Configure Family**.

3   On the **Configure Family** page, under **Parents**
    section, click your profile icon.

4   In the **Profile Settings** page, click **My Subscription**.

**To view your subscription details on Android**

1   Sign in to Norton Family app in **Parent** mode.

2   Tap on your profile icon

3   Under **MY ACCOUNT**, tap **Norton subscription**.

# Unsubscribing from your Norton Family Premier service

Norton Family Premier subscription offers you a 60-day
unconditional money-back guarantee. If you unsubscribe
from your Norton Family Premier service within 60 days,
you are eligible for a refund on your Premier
subscription. To process your refund, please contact
customer support.

If you are not within the 60-day period, and you want to
discontinue the service, you can follow these procedures
to remove your settings and child's history that are
stored in the service.

Should you want to subscribe again at a later time, you
must create a new Norton Family subscription using
your Norton account log in. The service prompts you to
set up your children and then reinstall Norton Family
client. Since you discontinued your service earlier and
are creating a new Norton Family subscription, the
service does not display any past history from your
previous subscription.

 If you no longer want to use the FREE edition of Norton
Family, you should remove the Norton Family client from
your child's computer. To remove Norton Family client
on your child's computer(s), go to each computer and
uninstall Norton Family client.

**To unsubscribe from your Norton Family Premier service**

1   Sign in to Norton Family.

2   At the top of the page, click **Configure Family**.

3   On the **Configure Family** page, under **Parents** section, click your profile icon.

4   In the **Profile Settings** page, click **Unsubscribe from Norton Family service**. In the prompt that appears, type your Norton Family account password.

5   Click **Ok**.

6   Uninstall Norton Family client from each device.

# About getting a refund for the Premier subscription

Your Norton Family Premier subscription includes a 60-day unconditional money-back guarantee. You can cancel your Premier subscription and get a refund within 60 days. To get the refund, you have to contact your regional customer support representative.

After the refund is processed, you can continue using your Norton Family service, but you cannot access the Premier features of Norton Family.

# Viewing the auto-renewal status of your Premier subscription

You can sign in to the Norton Family website and check for the status of the Automatic Renewal service in the **Manage Account** section. When you subscribe to Norton Family Premier, you are automatically enrolled for the Norton Automatic Renewal service.

You can opt out of this service at any time if you do not want Symantec to automatically renew your Norton Family Premier subscription. You can view the auto-renewal status of your Premier subscription in the **My Subscription** section.

You can also find auto-renewal status using your Android device.

**To view the auto-renewal status of your Premier
subscription on the Norton Family website**

1 Sign in to Norton Family.

2 At the top of the page, click **Configure Family**.

3 On the **Configure Family** page, under **Parents**
section, click your profile icon.

4 In the **Profile Settings** page, click **My Subscription.**
Your **auto-renewal** status is active if the **On/Off**
switch in the **On** position.

# About monitoring mobile devices

Message supervision is a Premier feature and is
available only for Android devices.

Norton Family monitors and records the mobile
messaging of your child. You can view the following
details on the messaging between your child and the
mobile friends:

| | |
|---|---|
| **Friend** | Displays the name and the number of your child's mobile friends. |
| **Type** | Displays the type of messages that your child exchanged with the mobile friends. Norton Family categorizes the messages as SMS and MMS. |
| **Last Contact** | Displays the last date a mobile friend communicated with your child. |

If you find any inappropriate messaging between your
child and a mobile friend, you can block the mobile friend
from messaging with your child.

You can customize and control the messaging of your child by turning on or turning off **Messaging supervision**.

# Defining messaging rules

Message supervision is a Premier feature and is available only for Android devices. Norton Family does not save the MMS content exchanged between your child and a mobile friend.

You can set up Norton Family to manage the messages that your child sends and receives using their Android device. To view and manage these messages, you must first turn on Messaging supervision.

Norton Family Premier lets you do the following:

- Turn on and turn off message supervision.
- Manage the messaging activity of your child with new friends.
- Manage the messaging activity of your child with existing friends.

Norton Family adds a mobile friend to the **Mobile Friend** list only if there is a message exchanged between your child and a mobile friend. For example, if your child's friend list has 10 mobile friends, and your child has messaged with only five of them, then your child's **Mobile Friend** list displays only those five friends. Norton Family sends a warning text to the mobile friend that the message is being monitored.

You can manage the messaging activity of your child with new or existing mobile friends in the following ways:

| | |
|---|---|
| **Blocked** | Block all messaging with new mobile friends. |

| Monitored | Allows and monitors the messages your child sends and receives If you choose this option, you can view all the messages. |
|---|---|
| Not Blocked/No supervision | Allows your child to send and receive messages without monitoring. If you choose this option, you cannot view any messages exchanged. |

SMS and MMS supervision is available only in Norton Family Premier. It is not available for iOS.

# Turning on or turning off messaging supervision

Message supervision is a Premier feature and is available only for Android devices.

When you turn on **Messaging supervision**, you can do the following:

- View the mobile friend names that your child messaged with.
- View all the messages that are sent and received by your child.
- View the type of network that your child had used to send and receive messages.

When you turn off **Messaging supervision**, Norton Family does not monitor the messages that are sent and received by your child.

**To turn on or turn off Messaging supervision using Norton Family website**

1 Sign in to Norton Family.

2 Click **House Rules**.

3   Click the picture icon of the child.

4   On the left pane, click **Messaging** and do one of the following:

⊞   To turn on **Messaging supervision**, move the **On/Off** switch to the left to the **On** position.

⊞   To turn off **Messaging supervision**, move the **On/Off** switch to the right to the **Off** position.

5   Click **Save**.

**To turn on or turn off Messaging supervision using Android device**

1   Sign in to Norton Family app in Parent mode.

2   Tap the child whom you want to manage.

3   Go to the **RULES** tab.

4   Under **Activities**, tap **Message supervision**.

5   In the Message Supervision window, do one of the following:

⊞   To turn on **Message supervision**, tap **OFF** button.

⊞   To turn off **Message supervision**, tap **ON** button.

# Blocking or allowing message exchange with new mobile friends

Message supervision is a Premier feature and is available only for Android devices. To monitor and manage the messaging activities of your child, you need to turn on Messaging supervision.

Norton Family lets you block or allow your child's messaging with new mobile friends. When you block a new mobile friend, your child cannot send any messages to or receive any messages from new mobile friends.

When you block messaging with new friends, you protect your child from inappropriate information. Your child receives a notification that the message was blocked. If your child wants to send message to any mobile friend,

your child can request your permission. Norton Family notifies you about this request in an email message. You can take an appropriate action based on the request.

When you allow messaging with new mobile friends, your child can send and receive messages from any new mobile friends. If you choose this option, Norton Family does not monitor or record the messages. Therefore, you cannot view these messages. When your child sends or receives a message for the first time, Norton Family adds this mobile friend to the appropriate group based on the options that you have selected.

**To block or allow message exchange with new mobile friends using Norton Family website**

1  Sign in to Norton Family.

2  Click **House Rules**.

3  Click the picture icon of the child.

4  On the left pane, click **Messaging**, and do one of the following:

   ⊞  To block message exchange, under **New Mobile Friends should automatically be**, click **Blocked**.

   ⊞  To allow message exchange, under **New Mobile Friends should automatically be**, click **Not Blocked or Monitored**.

5  Click **Save**.

**To block or allow message exchange with new mobile friends using Android device**

1  Sign in to Norton Family app in **Parent** mode.

2  Tap the child whom you want to manage.

3  Go to the **RULES** tab.

4  Under **Activities**, tap **Message supervision**.

5 In the **Message supervision** window, do one of the following:

■ To block message exchange, tap **New mobile friends**, and then choose **Blocked**.

■ To allow message exchange, tap **New mobile friends**, and then choose **Monitored** or **No supervision**. When you choose **Monitored**, Norton Family allows the conversations but monitors them.

# Monitoring all messaging with new mobile friends

 Message supervision is a Premier feature and is available only for Android devices. To monitor and manage the messaging of your child, you need to turn on Messaging supervision.

You can monitor all the messaging between your child and any new mobile friends. When you choose this option, Norton Family monitors and records all of the messages. You can view the complete messaging and determine whether your child sent or received any inappropriate messages.

**To monitor all message exchange with new mobile friends using Norton Family website**

1 Sign in to Norton Family.

2 Click **House Rules**.

3 Click the picture icon of the child.

4 On the left pane, click **Messaging**.

5 Under **New Mobile Friends should automatically be**, click **Monitored**.

6 Click **Save**.

**To monitor message exchange with new mobile friends using Android device**

1 Sign in to Norton Family app in **Parent** mode.

2 Tap the child whom you want to manage.

3   Go to the **RULES** tab.

4   Under **Activities**, tap **Message supervision**.

5   In the Message supervision window, tap **New mobile friends**, and then choose **Monitored**.

# Blocking messaging with an existing mobile friend

 Message supervision is a Premier feature and is available only for Android devices. To monitor and manage the messaging of your child, you need to turn on Messaging supervision.

You can block all the messaging between your child and a specific friend listed in the mobile friend or contacts list. When you block messaging with a friend, your child cannot send or receive any messages with that friend.

If your child wants to send a message to a blocked mobile friend, the child can request your permission. Norton Family notifies you about this request in an email message. You can take appropriate action based on the request.

**To block messaging with an existing mobile friend using Norton Family website**

1   Sign in to Norton Family.

2   Click **House Rules**.

3   Click the picture icon of the child.

4   On the left pane, click **Messaging**.

5   Under **Messaging rights for child**, click **Mobile Friend list** to view all the mobile friends of your child. The **Mobile Friend list** displays all the mobile friends that your child had communicated with.

6   Under **Blocked** category, click the option button that corresponds to the mobile friend.

7   Click **Save**.

**To block messaging with an existing mobile friend using Android device**

1 Sign in to Norton Family app in **Parent** mode.

2 Tap the child whom you want to manage.

3 Go to the **RULES** tab.

4 Under **Activities**, tap **Message supervision**.

5 In the **Message supervision** window, under **CONTACTS**, tap the contact you want to block.

6 In the window that appears, tap **Blocked**.

7 Tap **OK**.

# Allowing Unmonitored messaging with a mobile friend

 Message supervision is a Premier feature and is available only for Android devices. To monitor and manage the messaging of your child, you need to turn on Messaging supervision.

You can allow unmonitored messaging between your child and a specific mobile friend. If you choose this option, Norton Family does not monitor and record these messages.

**To allow unmonitored messaging with a mobile friend using Norton Family website**

1 Sign in to Norton Family.

2 Click **House Rules**.

3 Click the picture icon of the child.

4 On the left pane, click **Message supervision**.

5 Under **Messaging rights for child**, click **Mobile Friend list** to view all the mobile friends of your child. The **Mobile Friend list** displays all the mobile friends that your child had communicated with.

6 Under **Unmonitored** category, click the option that corresponds to a mobile friend.

7 Click **Save**.

**To allow unmonitored messaging with a mobile friend using Android device**

1  Sign in to Norton Family app in **Parent** mode.
2  Tap the child whom you want to manage.
3  Go to the **RULES** tab.
4  Under **Activities**, tap **Message supervision**.
5  In the **Message supervision** window, under **CONTACTS**, tap the contact you want to block.
6  In the window that appears, tap **No supervision**.
7  Tap **OK**.

# Monitoring messaging with a mobile friend

You can monitor all the messaging between your child and a specific friend. If you find that a friend sends inappropriate messages to your child, you can protect your child by blocking the messaging with that friend.

**To monitor messaging with a mobile friend using Norton Family website**

1  Sign in to Norton Family.
2  Click **House Rules**.
3  Click the picture icon of the child.
4  On the left pane, click **Messaging**.
5  Under **Messaging rights for child**, click **Mobile Friend list**. The **Mobile Friend list** displays all the mobile friends that your child had communicated with.
6  Under **Monitored** category, click the option that corresponds to a mobile friend.
7  Click **Save**.

**To monitor messaging with a mobile friend using Android device**

1  Sign in to Norton Family app in **Parent** mode.
2  Tap the child whom you want to manage.
3  Go to the **RULES** tab.

4   Under **Activities**, tap **Message supervision**.

5   In the **Message supervision** window, under
    **CONTACTS**, tap the contact you want to block.

6   In the window that appears, tap **Monitored**.

7   Tap **OK**.

# About Location Supervision

Location Supervision feature in Norton Family monitors
your kid's location so that you could be assured that
your kid is safe. It uses global positioning system (GPS),
mobile network, and/or the Internet to keep track of your
kid's current approximate location. You can track your
kid's location from anywhere as long as the device is
with them.

Norton Family uses the following location data to derive
at the current approximate location of your kid:

❖   Mobile network – Your device constantly
    communicates with one of the closest Cell tower
    through the SIM card. This communication is used
    to track your kid.

❖   WiFi – Your device can be surrounded by wireless
    networks. In such cases, the wireless network data
    is used to find the location.

❖   GPS – A satellite-based navigation system. If your
    device supports GPS, your device triangulates its
    own position by getting signals from at least three
    satellites.

You need to turn on location supervision feature on the
devices that your kids use. If the device is turned off, or
cannot connect to the Internet or Mobile network, you
cannot track the current location of your kid. You need
to make sure that the location services option in your
child's mobile device is enabled.

To enable location services, do the following:

❖   On Android, tap your device's **Settings** > **Location
    services** > enable all the options.

- On iOS, tap your device's **Settings** > **Privacy** > turn on **Location services** and other settings as described in See "Ensuring Norton Family supervision on your child's iOS device" on page 127.

# Turning on or turning off Location Supervision

When you turn on Location Supervision, you can track the current approximate location of your kids from anywhere in the world. You need to make sure that the location services option in the Android device is enabled.

To enable location services option on your Android, tap your device's **Settings > Location services >** enable all the options.

 Location supervision is available only in Norton Family Premier.

**To turn on or turn off Location supervision using Norton Family website**

1  Sign in to Norton Family.

2  Click **House Rules**.

3  Click the picture icon of the child.

4  On the left pane, click **Location** and do one of the following:

- To turn on Location supervision, move the On/Off switch to the left to the On position.

- To turn off Location supervision, move the On/Off switch to the right to the Off position.

5  In the device list, choose the device that you want to track.

6  Click **Save**.

**To turn on or turn off Location supervision using Android device**

1  Sign in to Norton Family app in Parent mode.

2  Tap the child whom you want to manage.

3 Go to the **RULES** tab.

4 Under Activities, tap **Location supervision**.

5 In the Location supervision window, do one of the following:

   ▪ To turn on Location supervision, tap **OFF** button or move the slider to the right.

   ▪ To turn off Location supervision, tap **ON** button or move the slider to the left.

6 Under **TRACK DEVICE**, tap the device that you want to track. If you do not see the device in the list, go to Norton Family website to add the device.

# Viewing the location of your kid

You can track the current approximate location of your kids as long as the device is with them. Your child's location is shown on a map. The accuracy of the location depends on the network data used to track the device. If your device supports GPS and wireless, the accuracy can be limited to several meters thus giving you better results. The actual accuracy of location supervision depends on several factors, including atmospheric effects and receiver quality. You need to make sure that location services option in your Android device is enabled to get the best out of location supervision.

The location pointer on the map denotes your kids' current approximate location. You can zoom in or zoom out the map to learn more about the area.

**To view the location of your kid using Norton Family website**

1 Sign in to Norton Family.

2 Under Manage Activity, click the picture icon of your child.

3 Click the **Location** tab.

4 Click **Update** to refresh the location status.

5 Tap the location pointer to see the current location address of your kid. You can use + or – button to zoom in or zoom out the map.

**To view the location of your kid using Android device**

1 Sign in to Norton Family app in Parent mode.

2 Tap the child whom you want to manage.

3 Go to the **ACTIVITY** tab.

4 From the list, tap **Location**.

5 Tap **Refresh** to update the location status.

6 Tap the location pointer to see the current location address of your kid. You can use + or – button to zoom in or zoom out the map.

# About monitoring applications

Norton Family helps you monitor the applications that your child installs or uninstalls on the Android devices. You must turn on **App Supervision** to monitor the applications that your child uses. You can also block the applications that you think are inappropriate for your child to use. When you block an application, your child cannot use the application from the Android devices.

The application activities are indicated as follows:

| | |
|---|---|
| **What** | Indicates the application name. |
| **Which** | Indicates the application title or source. |
| | For example, if your child has downloaded the application from a specific website, the URL of the website is displayed. |

| | |
|---|---|
| **Category** | Indicates the application category. |
| | For example, if the application installed is a social networking application, the category is Social Networking. |
| **When** | Indicates the time at which any application activities occurred. |
| | For example, the installation time of an application. |

For Android devices, the App monitoring feature is available only in Norton Family Premier.

# Blocking or Allowing Apps

Norton Family constantly monitors the applications that your child installs or uninstalls on the Android device. You can block an application if you think it is inappropriate for your child to use. You can use Norton Family app, or the Norton Family website, to block an application that is currently installed on the Android device. When you block an application, your child cannot use the application from their devices.

**To block apps using Norton Family website**

1   Sign in to Norton Family.

2   Click **House Rules**.

3   On the left pane, click **App**.
    The apps that are currently installed on the Android device are listed.

4   Click the app(s) you want to block on the Android device. You can click **Select all** to block all the apps running on the device.

5   Click **Save**.

**To block or allow apps using Android device**

1 Sign in to Norton Family app in **Parent** mode.

2 Tap the child whom you want to manage.

3 Go to the **RULES** tab.

4 Under **Activities**, tap **App supervision**.

5 In the **App supervision** window, do one of the following:

⊞ To block an app, check the app that you want to block.

⊞ To allow an app, uncheck the app that you want to allow.

If you block an app from the Android device, the app is also shown as blocked in the Norton Family website and vice versa.

# Turning on or turning off App supervision

When you turn on **App supervision**, you can monitor the statuses of the applications that are available in your child's mobile device.

For Android devices, App supervision is available only in Norton Family Premier.

**To turn on or turn off App supervision using Norton Family website**

1 Sign in to Norton Family.

2 Click **House Rules**.

3 Click the picture icon of the child.

4 On the left pane, click **App** and do one of the following:

⊞ To turn on **App supervision**, move the **On/Off** switch to the left to the **On** position.

⊞ To turn off **App supervision**, move the **On/Off** switch to the right to the **Off** position.

5 Click **Save**.

**To turn on or turn off App supervision using Android device**

1 Sign in to Norton Family app in **Parent** mode.

2 Tap the child whom you want to manage.

3 Go to the **RULES** tab.

4 Under **Activities**, tap **App supervision**.

5 In the **App supervision** window, do one of the following:

- To turn on **App supervision**, tap **OFF** button.
- To turn off **App supervision**, tap **ON** button.

Norton from Symantec products protect consumers from traditional threats with antivirus, antispam, and Spyware Protection. They also protect against bots, drive-by downloads, and identity theft, and are light on system resources. In addition, Symantec provides services such as online backup and PC Tuneup, and is a trusted source for family online safety. For more information, please click one of the following links:

Antivirus | Antispam | Spyware Protection | Online Backup

Copyright © 2016 Symantec Corporation. All rights reserved. Symantec, Norton, and the Norton Logo are trademarks or registered trademarks of Symantec Corporation and its affiliates in the U.S. and other countries. Other names may be trademarks of their respective owners.