# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAJEET, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 1:20-cv-01339-MN |
| : | |
| NORTONLIFELOCK INC., : | |
| : | JURY TRIAL DEMANDED |
| Defendant. : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the below certification, counsel moves the admission *pro hac vic*e of Charanjit Brahma, Esquire of Benesch, Friedlander, Coplan & Aronoff LLP to represent Defendant NortonLifeLock Inc., in this matter.

Dated: October 28, 2020

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

 */s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (# 5462)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone No. (302) 442-7010
Facsimile No. (302) 442-7012
kcapuzzi@beneschlaw.com

*Attorneys for Defendant NortonLifeLock Inc.*

13913131 v1

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  October 28, 2020                  /s/ *Charanjit Brahma*
                                          Charanjit Brahma, Esquire
                                          **Benesch, Friedlander, Coplan & Aronoff LLP**
                                          One Montgomery Tower
                                          120 Kearny Street, Suite 2700
                                          San Francisco, CA 94104
                                          Telephone No. 628.600.2241
                                          cbrahma@beneschlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Dated: _____
Wilmington, DE                                  _____
                                                United States District Court Judge