# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAJEET, INC, *Plaintiff*, v. NORTONLIFELOCK INC., *Defendant*. | Civil Action No. 1:20-cv-01339-MN |

## DEFENDANT NORTONLIFELOCK INC.'S MOTION TO DISMISS PLAINTIFF KAJEET, INC.'S ORIGINAL COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant NortonLifeLock, Inc. ("NortonLifeLock" or "Defendant") moves for dismissal of Plaintiff Kajeet, Inc.'s ("Kajeet" or "Plaintiff") Complaint. Specifically, this complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) because the claims of the patent-in-suit, United States Patent No. 8,667,559, are directed to unpatentable subject matter under 35 U.S.C. § 101. This Motion is supported by the attached Memorandum in Support, which is incorporated into this Motion by reference.

WHEREFORE, Defendant NortonLifeLock, Inc. requests that the Court enter an Order dismissing all claims alleged in Plaintiff's Complaint without prejudice.

| | |
|---|---|
| Dated: November 25, 2020 | */s/ Kevin M. Capuzzi*<br>Kevin M. Capuzzi (DE No. 5462)<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>Email: kcapuzzi@beneschlaw.com |

Manish K. Mehta (*admitted pro hac vice*)
Zaiba Baig (*admitted pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 757-9192
Email: mmehta@beneschlaw.com
Email: zbaig@beneschlaw.com

Charanjit Brahma (*admitted pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
One Montgomery Tower, Suite 2700
San Francisco, CA 94104
Telephone: (628) 600-2241
Facsimile: (628) 221-5828
Email: cbrahma@beneschlaw.com

*Attorneys for NortonLifeLock, Inc.*