# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAJEET, INC, *Plaintiff*, v. NORTONLIFELOCK INC., *Defendant*. | Civil Action No. 1:20-cv-01339-MN |

## [PROPOSED] ORDER

This matter coming before the Court on Defendant NortonLifeLock, Inc.'s Motion to Dismiss and Memorandum in Support thereof, due notice having been given and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

Plaintiff Kajeet, Inc.'s Complaint fails to state a claim upon which relief can be granted because the claims of the patent-in-suit, United States Patent No. 8,667,559, are directed to unpatentable subject matter under 35 U.S.C. § 101.

SO ORDERED on this _____ day of _____, 2020

_____
The Honorable Maryellen Noreika
UNITED STATES DISTRICT JUDGE