# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAJEET, INC., <br><br> Plaintiff, <br><br> v. <br><br> NORTONLIFELOCK INC., <br><br> Defendant. | C.A. No. 20-cv-1339-MN <br><br> JURY TRIAL DEMANDED |

## STIPULATION FOR EXTENSION OF TIME

The parties hereby agree, subject to the approval of the Court, that the deadline for Plaintiff Kajeet, Inc. ("Kajeet") to file its Opposition Brief to Defendant NortonLifeLock Inc.'s ("NortonLifeLock") Motion to Dismiss (D.I. 12) is extended until December 23, 2020 and that the deadline for NortonLifeLock to file its Reply Brief is extended to January 13, 2021.

DATED: December 2, 2020                                              Respectfully submitted,

FARNAN LLP                                                                       BENESCH

*/s/ Michael J. Farnan*                                                       /s/ Kevin M. Capuzzi
Brian E. Farnan (Bar No. 4089)                                      Kevin M. Capuzzi (Bar No. 5462)
Michael J. Farnan (Bar No. 5165)                                  1313 North Market Street, Suite 1201
919 North Market Street, 12th Floor                            Wilmington, DE 19801
Wilmington, DE 19801                                                   Telephone: (302) 442-7010
(302) 777-0300                                                                kcapuzzi@beneschlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com                                              *Attorneys for Defendant*

*Attorneys for Plaintiff*


SO ORDERED this _____ day of December, 2020.

                                                                                    _____
                                                                                    The Honorable Maryellen Noreika