# **EXHIBIT I**

| | |
|---|---|
| BRANDON C. FERNALD<br>FERNALD LAW GROUP<br>510 West Sixth Street, Suite 700<br>Los Angeles, California 90014<br>Telephone: 323-410-0320<br>Facsimile: 323-410-0330<br>Email:<br>brandon.fernald@fernaldlawgroup.com<br><br>Jonathan T. Suder (*Pro Hac Vice*)<br>Michael T. Cooke (*Pro Hac Vice*)<br>Corby R. Vowell (*Pro Hac Vice*)<br>Richard A. Wojcio, Jr. (*Pro Hac Vice*)<br>FRIEDMAN, SUDER & COOKE<br>Tindall Square Warehouse No. 1<br>604 East 4th Street, Suite 200<br>Fort Worth, Texas 76102<br>Telephone: (817) 334-0400<br>Facsimile: (817) 334-0401<br>Email: jts@fsclaw.com<br>Email: mtc@fsclaw.com<br>Email: vowell@fsclaw.com<br>Email: wojcio@fsclaw.com<br><br>*Attorneys for Plaintiff*<br>KAJEET, INC. | DOUGLAS Q HAHN (SBN: 257559)<br>SALIL BALI (SBN: 263001)<br><br>STADLING YOCCA CARLSON &<br>RAUTH, P.C.<br><br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660<br>Phone: 949-725-4000<br>Facsimile: 949-725-4100<br>Email: dhahn@sycr.com<br>Email: sbali@sycr.com<br><br>Kal Shah (*pro hac vice*)<br>kshah@beneschlaw.com<br>Manish Mehta (*pro hac vice*)<br>mmehta@beneschlaw.com<br>Lowell D. Jacobson (*pro hac vice*)<br>ljacobson@beneschlaw.com<br>Zaiba Baig (*pro hac vice*)<br>zbaig@beneschlaw.com<br>Samuel Ruggio (*pro hac* vice)<br>sruggio@beneschlaw.com<br>BENESCH, FRIEDLANDER, COPLAN<br>& ARONOFF LLP<br>71 S. Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>Telephone: 312-212-4949<br>Facsimile: 312-757-9191<br><br>*Attorneys for Defendant*<br>QUSTODIO, LLC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KAJEET, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>QUSTODIO, LLC,<br><br>　　　　　Defendant. | CASE NO. 8:18-cv-01519-JAK-PLA<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO STAY DEADLINES**<br><br>Hon. John A. Kronstadt |

Plaintiff Kajeet, Inc. ("Plaintiff") and Defendant Qustodio, LLC ("Defendant"), hereby file this Notice of Settlement and Joint Stipulation to Stay Deadlines to advise the Court that the parties have reached a settlement in principle and are working to finalize the terms of a settlement agreement between the parties. The parties jointly stipulate and request that the Court stay all deadlines in the case for 30 days to allow time for the parties to finalize the settlement agreement and by which time the parties will file a Joint Stipulation of Dismissal.

**IT IS SO STIPULATED**

Respectfully submitted,

FRIEDMAN, SUDER & COOKE

Dated: December 9, 2019     By: /s/ *Corby R. Vowell*
    Jonathan T. Suder
    Michael T. Cooke
    Corby R. Vowell
    Richard A Wojcio, Jr.

*Attorneys for Plaintiff Kajeet, Inc.*


BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

Dated: December 9, 2019     By: /s/ *Lowell D. Jacobson*
    Kal Shah
    Manish Mehta
    Lowell D. Jacobson
    Zaiba Baig
    Samuel Ruggio

*Attorneys for Defendant QUSTODIO, LLC*

- 1 -

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Lowell D. Jacobson, counsel for Defendant, and I have obtained his authorization to affix his electronic signature to this document.

/s/ <em>Corby R. Vowell.</em>