# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAJEET, INC, <br><br> *Plaintiff*, <br><br> v. <br><br> NORTONLIFELOCK INC., <br><br> *Defendant*. | Civil Action No. 1:20-cv-01339-MN |

## NORTONLIFELOCK INC.'S MOTION TO RECONSIDER THE DENIAL OF THE MOTION TO DISMISS TO KAJEET, INC.'S ORIGINAL COMPLAINT OR, IN THE ALTERNATIVE, TO BAR INFRINGEMENT ALLEGATIONS

Pursuant to Fed. R. Civ. P. 59(e), Defendant NortonLifeLock Inc. ("NortonLifeLock" or "Defendant") moves for reconsideration of its motion to dismiss Plaintiff Kajeet, Inc.'s ("Kajeet" or "Plaintiff") Complaint (Dkt. No. 12) based on new evidence. The complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) because the claims of the patent-in-suit, United States Patent No. 8,667,559, are directed to unpatentable subject matter under 35 U.S.C. § 101, particularly in light of recent statements made by Kajeet that contradict its prior allegations that the asserted patent claims were limited to requiring remote storage and application of policies. This Motion is supported by the attached Memorandum in Support, which is incorporated into this Motion by reference.

WHEREFORE, NortonLifeLock respectfully requests that the Court reconsider its prior denial of NortonLifeLock's motion to dismiss in light of Kajeet's recent, inconsistent assertions and hold the patent-in-suit is invalid under § 101 and dismiss Plaintiff's Complaint without prejudice. Alternatively, to the extent the Court maintains its prior ruling, NortonLifeLock requests that Kajeet be barred from pursuing infringement contentions based on claim construction positions that contradict its prior admissions regarding the scope of the claims.

Dated: June 18, 2021		  /s/ Kevin M. Capuzzi
Kevin M. Capuzzi (DE No. 5462)
Noelle B. Torrice (DE No. 5957)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com
Email: ntorrice@beneschlaw.com

Manish K. Mehta (*admitted pro hac vice*)
Cristina Q. Almendarez (*admitted pro hac vice*)
Zaiba Baig (*admitted pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 757-9192
Email: mmehta@beneschlaw.com
Email: zbaig@beneschlaw.com

Charanjit Brahma (*admitted pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
One Montgomery Tower, Suite 2700
San Francisco, CA 94104
Telephone: (628) 600-2241
Facsimile: (628) 221-5828
Email: cbrahma@beneschlaw.com

*Attorneys for NortonLifeLock Inc.*

# RULE 7.1.1 CERTIFICATION

Counsel for NortonLifeLock, Inc. hereby certifies that counsel for the parties met and conferred about the foregoing Motion and Kajeet indicated that it intends to oppose the Motion.

*/s/ Noelle B. Torrice*
Noelle B. Torrice (DE No. 5957)

# CERTIFICATE OF SERVICE

I, Kevin M. Capuzzi, hereby certify that, on June 18, 2021, a true and correct copy of the foregoing *Defendant NortonLifeLock Inc.'s Motion to Reconsider the Motion to Dismiss Plaintiff Kajeet, Inc.'s Original Complaint* was served via CM/ECF on the attorneys of record.

*/s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (DE No. 5462)