# EXHIBIT 4

# Almendarez, Cristina

| | |
|---|---|
| **From:** | Almendarez, Cristina |
| **Sent:** | Friday, March 26, 2021 1:35 PM |
| **To:** | Corby Vowell; Brian Farnan; Michael J. Farnan |
| **Cc:** | Mehta, Manish; Brahma, Charanjit |
| **Subject:** | Kajeet v. Norton - Discovery |

Hi Corby,

Attached below please find credentials for our initial production. An email with the password will be sent under separate cover. Pursuant to the protective order entered in the case today, these are being produced as "RESTRICTED — HIGHLY CONFIDENTIAL — OUTSIDE ATTORNEYS' EYES ONLY."

In an effort to further facilitate meaningful settlement negotiations, we would also be willing to confer on making our source code available for review. Please let us know if you would be interested in discussing setting that up.

Bates range:
NLOK-KAJEET-000001 - NLOK-KAJEET-000019

Download link:
https://app.everlaw.com/14787/dl/YH3gJ5lQIzDN3djRiCVegGkdzTyszdLj6OmEXod01ZBB

Please let us know if you have any issues accessing the documents.

Best,