# EXHIBIT 8



604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Main 817.334.0400
Fax 817.334.0401
www.fsclaw.com

**Corby R. Vowell**
817.334.0400
vowell@fsclaw.com

May 21, 2021

<u>via E-mail</u>
calmendarez@beneschlaw.com
Cristina Q. Almendarez
Benesch Friedlander Coplan & Aronoff LLP
71 S. Wacker Drive
Chicago, IL 60606-4637

   Re: *Kajeet, Inc. v. NortonLifeLock Inc.,* Case No. 1:20-cv-01339-UNA, In the United States District Court for the District of Delaware

Dear Cristina:

  This correspondence responds to your letter dated May 10, 2021 in which you further argued Norton's non-infringement positions with respect to claims of the '559 patent. For all of the reasons we explained in our prior letter, we find your repetitive arguments unpersuasive.

  Kajeet and Norton began this dialogue in terms of settlement discussions. We understood that Norton wanted to provide confidential technical information to Kajeet to demonstrate Norton's non-infringement positions. You sent excerpted versions of three technical documents that showed some basic information about the accused products. In our prior letter, we explained why this information was insufficient to show the functionality that Norton believes is present in its accused products.

  Without providing any additional technical information, Norton now expects Kajeet to provide additional evidence of its infringement positions beyond the extensive details it already provided. Based on the schedule entered by the Court, Norton will be producing all of its core technical documents next week, rather than a few select pages that it provided previously. After review of that documentation, Kajeet will provide its claim charts in accordance with the schedule agreed to by the parties and adopted by the Court.

  The remainder of your letter seeks to elicit Kajeet's claim construction positions in advance of the schedule in the case. Yet, Norton does not provide its own claim constructions. If Norton would like to provide a comprehensive statement of its claim constructions with respect to claim 27 of the '559 patent, Kajeet will review those positions. Otherwise, Kajeet intends to respond in accordance with the Court's schedule.

  Again, the original purpose of this exercise was for the parties to better understand each other's positions on technical issues to further the settlement dialogue. Kajeet remains open to such discussions as the case progresses.

Cristina Q. Almendarez
Page 2
May 21, 2021

                              Sincerely,

                              /s/ Corby R. Vowell

cc:    Jonathan T. Suder, Michael T. Cooke, and Richard A. Wojcio, Jr. [firm]