**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KAJEET, INC.,<br><br>*Plaintiff*,<br><br>*v*.<br><br>NORTONLIFELOCK INC.,<br><br>*Defendant*. | Civil Action No. 1:20-cv-01339-MN |

**NOTICE OF SERVICE OF DISCOVERY**

PLEASE TAKE NOTICE that, on July 26, 2021, *NortonLifeLock Inc.'s Disclosures Pursuant to Paragraph 3 of the Default Standard for Discovery* were served via email on the following counsel of record:

Brian E. Farnan, Esquire
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff Kajeet, Inc.*

Jonathan T. Suder, Esquire
Michael T. Cooke, Esquire
Corby R. Vowell, Esquire
Richard A. Wojcio, Jr.
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com
vowell@fsclaw.com
wojcio@fsclaw.com

*[Signature block on following page.]*

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Kevin M. Capuzzi*

Kevin M. Capuzzi (DE #5462)
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
kcapuzzi@beneschlaw.com

OF COUNSEL:

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

Manish K. Mehta (admitted *pro hac vice*)
Zaiba Baig (admitted *pro hac vice*)
Cristina Almendarez (admitted *pro hac vice*)
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 757-9192
mmehta@beneschlaw.com
zbaig@beneschlaw.com
calmendarez@beneschlaw.com

Charanjit Brahma (admitted *pro hac vice*)
One Montgomery Tower, Suite 2700
San Francisco, CA 94104
Telephone: (628) 600-2241
Facsimile: (628) 221-5828
cbrahma@beneschlaw.com

Dated: July 26, 2021

*Attorneys for Defendant NortonLifeLock, Inc.*