## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAJEET, INC., | |
| *Plaintiff*, | |
| *v.* | Civil Action No. 1:20-cv-01339-MN |
| NORTONLIFELOCK INC., | |
| *Defendant*. | |

## NOTICE OF SERVICE OF INTERROGATORIES

PLEASE TAKE NOTICE that, on August 3, 2021, *Defendants' First Set of Common*

*Interrogatories to Plaintiff* were served via email on the following counsel of record:

Brian E. Farnan, Esquire
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com


*Attorneys for Plaintiff Kajeet, Inc.*

Jonathan T. Suder, Esquire
Michael T. Cooke, Esquire
Corby R. Vowell, Esquire
Richard A. Wojcio, Jr.
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com
vowell@fsclaw.com
wojcio@fsclaw.com


*[Signature block on following page.]*

<table>
<tr>
<td></td>
<td><b>BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP</b></td>
</tr>
<tr>
<td>OF COUNSEL:</td>
<td><u>/s/ Kevin M. Capuzzi</u><br>Kevin M. Capuzzi (DE #5462)</td>
</tr>
<tr>
<td><b>BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP</b></td>
<td>1313 N. Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010</td>
</tr>
<tr>
<td>Manish K. Mehta (admitted <i>pro hac vice</i>)<br>Zaiba Baig (admitted <i>pro hac vice</i>)</td>
<td>Facsimile: (302) 442-7012<br>kcapuzzi@beneschlaw.com</td>
</tr>
</table>

|  |  |
|---|---|
|  | **BENESCH, FRIEDLANDER,**<br>  **COPLAN & ARONOFF LLP** |
| OF COUNSEL: |  $\underline{/s/\ Kevin\ M.\ Capuzzi}$<br>Kevin M. Capuzzi (DE #5462) |
| **BENESCH, FRIEDLANDER,**<br>  **COPLAN & ARONOFF LLP** | 1313 N. Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010 |
| Manish K. Mehta (admitted *pro hac vice*)<br>Zaiba Baig (admitted *pro hac vice*)<br>Cristina Almendarez (admitted *pro hac vice*)<br>71 South Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>Telephone: (312) 212-4949<br>Facsimile: (312) 757-9192<br>mmehta@beneschlaw.com<br>zbaig@beneschlaw.com<br>calmendarez@beneschlaw.com | Facsimile: (302) 442-7012<br>kcapuzzi@beneschlaw.com |
| Charanjit Brahma (admitted *pro hac vice*)<br>One Montgomery Tower, Suite 2700<br>San Francisco, CA 94104<br>Telephone: (628) 600-2241<br>Facsimile: (628) 221-5828<br>cbrahma@beneschlaw.com |  |
| Dated:  August 4, 2021 | *Attorneys for Defendant NortonLifeLock, Inc.* |