# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAJEET, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> NORTONLIFELOCK INC., <br><br> *Defendant*. | Civil Action No. 1:20-cv-01339-MN |

## NOTICE OF SERVICE OF COMMON REQUESTS FOR PRODUCTION TO PLAINTIFF

PLEASE TAKE NOTICE that, on August 25, 2021, *Defendants' First Set of Common Requests for Production to Plaintiff* were served via email on the following counsel of record:

Brian E. Farnan, Esquire
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff Kajeet, Inc.*

Jonathan T. Suder, Esquire
Michael T. Cooke, Esquire
Corby R. Vowell, Esquire
Richard A. Wojcio, Jr.
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com
vowell@fsclaw.com
wojcio@fsclaw.com

14973282

Dated:  August 25, 2021

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: */s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (DE No. 5462)
Benesch, Friedlander, Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com

Manish K. Mehta (*admitted pro hac vice*)
Zaiba Baig (*admitted pro hac vice*)
Cristina Almendarez (*admitted pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 757-9192
Email: mmehta@beneschlaw.com
Email: zbaig@beneschlaw.com
Email: calmendarez@beneschlaw.com

Charanjit Brahma (*admitted pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
One Montgomery Tower, Suite 2700
San Francisco, CA 94104
Telephone: (628) 600-2241
Facsimile: (628) 221-5828
Email: cbrahma@beneschlaw.com

*Attorneys for NortonLifeLock, Inc.*