# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAJEET, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> NORTONLIFELOCK INC., <br><br> *Defendant*. | Civil Action No. 1:20-cv-01339-MN |

### NOTICE OF SERVICE OF DEFENDANT NORTONLIFELOCK INC.'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that, on August 26, 2021, *Defendant NortonLifelock Inc.'s Responses to Plaintiff's First Set of Requests for Production of Documents* was served via email on the following counsel of record:

| | |
|---|---|
| Brian E. Farnan, Esquire <br> Michael J. Farnan, Esquire <br> FARNAN LLP <br> 919 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Attorneys for Plaintiff Kajeet, Inc.* | Jonathan T. Suder, Esquire <br> Michael T. Cooke, Esquire <br> Corby R. Vowell, Esquire <br> Richard A. Wojcio, Jr. <br> FRIEDMAN, SUDER & COOKE <br> Tindall Square Warehouse No. 1 <br> 604 East 4th Street, Suite 200 <br> Fort Worth, Texas 76102 <br> Telephone: (817) 334-0400 <br> Facsimile: (817) 334-0401 <br> jts@fsclaw.com <br> mtc@fsclaw.com <br> vowell@fsclaw.com <br> wojcio@fsclaw.com |

[*Signature block on following page.*]

| | |
|---|---|
| OF COUNSEL:<br><br>**BENESCH, FRIEDLANDER,<br>  COPLAN & ARONOFF LLP**<br><br>Manish K. Mehta (admitted *pro hac vice*)<br>Zaiba Baig (admitted *pro hac vice*)<br>Cristina Almendarez (admitted *pro hac vice*)<br>71 South Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>Telephone: (312) 212-4949<br>Facsimile: (312) 757-9192<br>mmehta@beneschlaw.com<br>zbaig@beneschlaw.com<br>calmendarez@beneschlaw.com<br><br>Charanjit Brahma (admitted *pro hac vice*)<br>One Montgomery Tower, Suite 2700<br>San Francisco, CA 94104<br>Telephone: (628) 600-2241<br>Facsimile: (628) 221-5828<br>cbrahma@beneschlaw.com<br><br>Dated:  August 27, 2021 | **BENESCH, FRIEDLANDER,<br>  COPLAN & ARONOFF LLP**<br><br> */s/ Kevin M. Capuzzi*<br>Kevin M. Capuzzi (DE #5462)<br>1313 N. Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>kcapuzzi@beneschlaw.com |

*Attorneys for Defendant NortonLifeLock, Inc.*