# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAJEET, INC., *Plaintiff*, v. NORTONLIFELOCK INC., *Defendant*. | Civil Action No. 1:20-cv-01339-MN |

## NOTICE OF SERVICE OF DEFENDANT NORTONLIFELOCK INC.'S RESPONSES TO PLAINTIFF'S FIRST SET OF COMMON INTERROGATORIES

PLEASE TAKE NOTICE that, on August 26, 2021, *Defendant NortonLifelock Inc.'s Responses to Plaintiff's First Set of Common Interrogatories* was served via email on the following counsel of record:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff Kajeet, Inc.* | Jonathan T. Suder, Esquire<br>Michael T. Cooke, Esquire<br>Corby R. Vowell, Esquire<br>Richard A. Wojcio, Jr.<br>FRIEDMAN, SUDER & COOKE<br>Tindall Square Warehouse No. 1<br>604 East 4th Street, Suite 200<br>Fort Worth, Texas 76102<br>Telephone: (817) 334-0400<br>Facsimile: (817) 334-0401<br>jts@fsclaw.com<br>mtc@fsclaw.com<br>vowell@fsclaw.com<br>wojcio@fsclaw.com |

[*Signature block on following page.*]

<table>
<tr><td>

OF COUNSEL:

**BENESCH, FRIEDLANDER,**
 **COPLAN & ARONOFF LLP**

Manish K. Mehta (admitted *pro hac vice*)
Zaiba Baig (admitted *pro hac vice*)
Cristina Almendarez (admitted *pro hac vice*)
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
Facsimile: (312) 757-9192
mmehta@beneschlaw.com
zbaig@beneschlaw.com
calmendarez@beneschlaw.com

Charanjit Brahma (admitted *pro hac vice*)
One Montgomery Tower, Suite 2700
San Francisco, CA 94104
Telephone: (628) 600-2241
Facsimile: (628) 221-5828
cbrahma@beneschlaw.com

Dated: August 27, 2021

</td><td>

**BENESCH, FRIEDLANDER,**
 **COPLAN & ARONOFF LLP**

 */s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (DE #5462)
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
kcapuzzi@beneschlaw.com

</td></tr>
</table>

*Attorneys for Defendant NortonLifeLock, Inc.*