IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAJEET, INC., § | | |
| § | | C.A. No. 20-cv-01339-MN |
| Plaintiff, § | | |
| § | | |
| v. § | | JURY TRIAL DEMANDED |
| § | | |
| NORTONLIFELOCK INC., § | | |
| § | | |
| Defendant. § | | |
| § | | |

**PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS AND TO STRIKE
AFFIRMATIVE DEFENSES**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(f), Plaintiff Kajeet, Inc.'s ("Kajeet" or "Plaintiff") moves for dismissal of the counterclaims of noninfringement, invalidity, and false marking presented in Defendant NortonLifeLock, Inc.'s ("NortonLifeLock" or "Defendant") Amended Answer. Specifically, these counterclaims should be dismissed for failing to state a claim for relief as each fails to provide sufficient factual allegations in support to meet the *Iqbal/Twombly* standard and the particularity requirement of Rule 9(b) applied to false marking claims. Kajeet also moves to strike Norton's Second, Third, Fourth, Fifth, Seventh, and Tenth affirmative defenses. Each is devoid of any factual support and therefore fails to meet the notice standard for pleading affirmative defenses. This Motion is supported by the attached Memorandum in Support, which is incorporated into this Motion by reference.

WHEREFORE, Plaintiff Kajeet, Inc. requests that the Court enter an Order dismissing the First, Second, and Third counterclaims alleged in Defendant's Amended Answer and striking the Second, Third, Fourth, Fifth, Seventh, and Tenth affirmative defenses without prejudice.

| | |
|---|---|
| DATED: March 17, 2022 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ *Michael J. Farnan*<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Jonathan T. Suder (admitted *pro hac vice*)<br>Michael T. Cooke (admitted *pro hac vice*)<br>Corby R. Vowell (admitted *pro hac vice*)<br>Richard A. Wojcio (admitted *pro hac vice*)<br>FRIEDMAN, SUDER & COOKE<br>604 East 4th Street, Suite 200<br>Fort Worth, TX 76102<br>817-334-0400<br>Fax: 817-334-0401<br>jts@fsclaw.com<br>mtc@fsclaw.com<br>vowell@fsclaw.com<br>wojcio@fsclaw.com<br><br>*Attorneys for Plaintiff* |